UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 04-12083 [CA] [BAP] # CA05-365ML
2. Title of Bankruptcy Case Sweet, Kevin & Diane D.
3. Appellant: Kevin Sweet

   Name & Address of Counsel for Appellant(s):

   Edward G. Lawson

   260 Lonsdale Avenue

   Pawtucket RI 02860 (401) 725-1810
4. Appellee:

   Name & Address of Counsel for Appellee(s):
5. Additional Counsel:

   Office of the U. S. Trustee, 10 Dorrance Street,

   Providence, RI 02903 (401) 528-5551
6. Related Case(s) on Appeal: Yes X No
7. Special Comments: Other appeal at D.C. CA05-119ML

MY COPY

FILED AUG 22 '05 13:59 USBCRI

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET SR
DIANE D SWEET

CH 13 NO 04-12083

**NOTICE OF APPEAL**

NOW COMES THE DEBTOR IN THE ABOVE ENTITLED CASE AND APPEALS THIS COURTS DECISION/JUDGMENT DENYING THE DEBTORS REQUEST FOR FILING.

ENTERED ON DOCKET 7/22/05
DOCUMENT NUMBER 111

AUGUST 22,2005

RESPECTFULLY SUBMITTED,

KEVIN E SWEET SR

***CERTIFICATION***

I, KEVIN E SWEET CERTIFY I PLACED IN REGULAR US MAIL POSTAGE PREPAID, ACOPY OF THE WITHIN APPEAL TO JOHN BOYAJIAN 182 WAYLAND AVE PROVIDENCE RI 02906 AND THE US TRUSTEE 10 DORRANCE ST PROVIDENCE ST PROVIDENCE RI 02903

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - *

| | |
|---|---|
| In re: Kevin Sweet : | |
| : | BK No.04-12083 |
| Debtor(s) | Chapter 13 |
| : | |

- - - - - - - - - - - - - - - - *

**CLERK'S CERTIFICATE**

I, Susan M. Thurston, Clerk of the United States Bankruptcy Court for the District of Rhode Island, do hereby certify that the enclosed contains copies of all the original papers in the file dealing with the action or proceedings in which the appeal is taken as set forth in the Designation of Record.

Witness my hand and the Seal of said Court at Providence in said District, the 28th Day of October A.D. 2005.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 10/28/2005

By: cs
Deputy Clerk

DUPFILER, DISMISSED, APPEAL, NTCAPR

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Bankruptcy Petition #: 1:04-bk-12083

*Assigned to:* Judge Arthur N. Votolato
Chapter 13
Voluntary
Asset

*Date Filed:* 06/24/2004
*Date Dismissed:* 02/10/2005

**Kevin Sweet,** ***(NEEDS COURT PERMISSION TO FILE)***
179 Sandy Brook Road
Harmony, RI 02829
SSN: xxx-xx-5097
***Debtor***
***dba***
**Kesco**

represented by **Edward G. Lawson, Jr.**
260 Lonsdale Avenue
Pawtucket, RI 02860
(401) 725-1810
Email: lawsonlaw@cox.net

**Diane D. Sweet(Needs Court Permission to File)**
179 Sandy Brook Road
Harmony, RI 02829
SSN: xxx-xx-0425
***Joint Debtor***
***aka***
**Diane D. Loranger(Needs Court Permission to File)**

represented by **Edward G. Lawson, Jr.**
(See above for address)

Attest a
True Copy
Susan M. Thurston
Clerk
By Carolyn A. Sweeney
Deputy Clerk

**John Boyajian**
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600
***Trustee***

**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551
***U.S. Trustee***

represented by **Gary L. Donahue**
U.S. Trustee's Office
10 Causeway Street, Room 1184
Boston, MA 02222
(617)788-0412
Fax : (617)565-6368
Email: gary.l.donahue@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 06/24/2004 | 1 | Chapter 13 Voluntary Petition, Schedules A-J & Statement of Financial Affairs Fee Amount $ 194 filed by Edward G. Lawson Jr. on behalf of Kevin Sweet , Diane D. Sweet . Declaration re: Electronic Filing, Form P.3 Due By: 7/9/2004. Government Proof of Claim due by 12/21/2004. (Lawson, Edward) (Entered: 06/24/2004) |
| 06/24/2004 | 2 | Chapter 13 Plan Filed by on behalf of Kevin Sweet , Diane D. Sweet . (Lawson, Edward) (Entered: 06/24/2004) |
| 06/24/2004 | 3 | Receipt of filing fee for Voluntary Petition Chapter 13 - Case Upload(1:04-bk-12083) [caseupld,1305u] ( 194.00). Receipt number 0103B186781, amount $ 194.00. (U.S. Treasury) (Entered: 06/24/2004) |
| 06/24/2004 | 4 | Chapter 13 Agreement -Form V Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 06/24/2004) |
| 06/25/2004 | 5 | First Meeting of Creditors & Notice of Appointment of Interim Trustee John Boyajian to be held on 07/23/2004 at 09:30 AM at United States Trustee's Office. Proof of Claim due by 10/21/2004. Confirmation Hearing to be Held on 08/05/2004 at 09:30 AM at 6th Floor Courtroom (Entered: 06/25/2004) |
| 06/25/2004 | | Duplicate Filer FOR DIANE D. SWEET. Information regarding previous filings: Case No.: 04-10582, 02-11462 and 01-11455. Filing Date (of 2004 case): 2/27/04, ALL previous cases were Chapter: 13; Discharge Date: N/A, Closing Date (of 2004 case): 4/28/04, Disposition of ALL previous cases: DISMISSED. (Spaight, Linda) (Entered: 06/25/2004) |
| 06/25/2004 | | Duplicate Filer. Information regarding previous filings: Case No.: 02-14644, 01-13089, 00-10311, 98-14914, 98-12307, 97-13624, 93-12884. Filing Date (of 2002 case): 12/13/02, ALL Chapter: 13 cases (except 1993 case), Discharge Date: N/A, Closing Date (of 02-14644): OPEN/RE-OPENED, Disposition: ALL CASES ARE DISMISSED. (except the 1993 case) (Spaight, Linda) (Entered: 06/25/2004) |
| 06/25/2004 | 6 | Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing Documents: Certificate of Service re: Chapter 13 Plan: Due By: 7/9/2004. (Spaight, Linda) (Entered: 06/25/2004) |
| 06/25/2004 | 7 | Certificate of Service *Certification for plan* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)2 Chapter 13 Plan- case upload). (Lawson, Edward) (Entered: 06/25/2004) |
| 06/27/2004 | 8 | BNC Certificate of Mailing - PDF Document. Service Date 06/27/2004. (Related Doc # 6) (Admin.) (Entered: 06/28/2004) |
| 06/27/2004 | 9 | BNC Certificate of Mailing - PDF Document. Service Date 06/27/2004. (Related Doc # 5) (Admin.) (Entered: 06/28/2004) |

| | | |
|---|---|---|
| 06/28/2004 | 10 | Declaration Re: Electronic Filing P3 (related document(s)2 Chapter 13 Plan- case upload, 4 Chapter 13 Agreement -Form V filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, 1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (DAgostino, Holly) (Entered: 06/28/2004) |
| 07/12/2004 | 11 | Objection to Confirmation of Plan Filed by Creditor Greenwood Credit Union (related document(s)2 Chapter 13 Plan- case upload). (Attachments: # 1 Memorandum of Law)(Geremia, Lisa) (Entered: 07/12/2004) |
| 07/23/2004 | | Meeting of Creditors Held in Chapter 13 Case. (Boyajian, John) (Entered: 07/23/2004) |
| 07/26/2004 | 12 | Objection to Confirmation of Plan Filed by Trustee John Boyajian (related document(s)2 Chapter 13 Plan- case upload). (Boyajian, John) (Entered: 07/26/2004) |
| 07/28/2004 | 13 | Amended Chapter 13 Plan *Amended Plan* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)2 Chapter 13 Plan). Declaration re: Electronic Filing, Form P.4 Due By: 8/12/2004.Certificate of Service Due by:7/30/2004. (Lawson, Edward) Modified linkage on 7/30/2004 (Venuti, Jody). (Entered: 07/28/2004) |
| 07/28/2004 | 14 | Certificate of Service *Certification*\ Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)13 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 07/28/2004) |
| 07/28/2004 | 15 | Missing Documents Filed- 2003 Statement, Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet. (Lawson, Edward) (Entered: 07/28/2004) |
| 07/28/2004 | 16 | Missing Documents Filed- 2004 income statement, Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet. (Lawson, Edward) (Entered: 07/28/2004) |
| 07/28/2004 | 17 | Missing Documents Filed- 2nd Quart income statement, Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet. (Lawson, Edward) (Entered: 07/28/2004) |
| 07/28/2004 | 18 | Addendum *Statement Regarding Trade Debt* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). Certificate of Service Due by:7/30/2004. (Lawson, Edward) (Entered: 07/28/2004) |
| 07/28/2004 | 19 | Certificate of Service *Certification* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)18 Addendum, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 07/28/2004) |
| 07/28/2004 | 20 | Stipulation By Debtor and Washington Mutual Bank FA Filed by Creditor Washington Mutual Bank FA (related document(s)1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Furness, |

| | | |
|---|---|---|
| | | Peter) Modified text and filers on 7/30/2004 (Venuti, Jody). (Entered: 07/28/2004) |
| 07/28/2004 | 24 | Declaration Re: Electronic Filing P4 (related document(s)20 Stipulation, filed by Creditor Washington Mutual Bank FA, Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Barbieri, Deborah) (Entered: 07/30/2004) |
| 07/29/2004 | 21 | Objection to Confirmation of Plan Filed by Creditor Mortgage Electronic Registration Systems Inc. (related document(s)2 Chapter 13 Plan- case upload). (Attachments: # 1 Memorandum of Law). Amended plan filed 7/28/04. (Objection is titled Objection to Chapter 13 Plan, not amended plan)(Cory, Lucinda) (Entered: 07/29/2004) |
| 07/29/2004 | 22 | Declaration Re: Electronic Filing P4 (related document(s)13 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Cory, Lucinda) (Entered: 07/29/2004) |
| 07/29/2004 | | Terminate Documents: ECF Error. **All 3 documents need to be filed as an Addendum to Voluntary Petition**. Documents must be resubmitted (related document(s)15 Missing Documents (2003 Statement) filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, 16 Missing Documents (2004 Income Statement) filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet and 17 Missing Documents (2nd Quarter Income Statement) filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Davis, Jennifer) (Entered: 07/29/2004) |
| 07/30/2004 | 23 | Hearing Set (re13 Amended Chapter 13 Plan filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet. Confirmation hearing to be held on 8/5/2004 at 09:30 AM at 6th Floor Courtroom. (Davis, Jennifer) (Entered: 07/30/2004) |
| 07/30/2004 | 25 | Addendum *2003 Statement* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). Certificate of Service Due by:8/2/2004. (Lawson, Edward) (Entered: 07/30/2004) |
| 07/30/2004 | 26 | Addendum *2004 Income Statement* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). Certificate of Service Due by:8/2/2004. (Lawson, Edward) (Entered: 07/30/2004) |
| 07/30/2004 | 27 | Addendum *2 nd Quarter 2004 Statement* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)1 Voluntary Petition Chapter 13 - Case Upload, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). Certificate of Service Due by:8/2/2004. (Lawson, Edward) (Entered: 07/30/2004) |
| 07/30/2004 | 28 | Certificate of Service *2003 Statement* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)25 Addendum, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 07/30/2004) |
| 07/30/2004 | 29 | Certificate of Service *2004 Income Statement* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)26 Addendum, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 07/30/2004) |

| | | |
|---|---|---|
| 07/30/2004 | 30 | Certificate of Service *2nd Quarter Statement* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)27 Addendum, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 07/30/2004) |
| 08/01/2004 | 31 | BNC Certificate of Mailing - PDF Document. Service Date 08/01/2004. (Related Doc # 23) (Admin.) (Entered: 08/02/2004) |
| 08/02/2004 | 32 | Terminate Document - ECF Error. **Incorrect document image **. Document Need Not Be Resubmitted (related document(s)29 Certificate of Service to 26 Addendum filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (DAgostino, Holly) (Entered: 08/02/2004) |
| 08/02/2004 | 33 | Amended Chapter 13 Plan *2nd Amended Chapter 13 Plan* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)13 Amended Chapter 13 Plan Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet). Declaration re: Electronic Filing, Form P.4 Due By: 8/17/2004. Certificate of Service Due by: 8/4/2004. (Lawson, Edward) Modified linkage on 8/4/2004 (McCurdy, Michelle). (Entered: 08/02/2004) |
| 08/02/2004 | 34 | Certificate of Service *2nd Amended Chapter 13 Plan* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)33 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 08/02/2004) |
| 08/03/2004 | 35 | Consent Order between debtors and MERS/HomeSide Lending, Inc regarding sale of real property, relief from stay and also in reference to In Rem Relief from Stay order entered in BK 02-14644 on 8/26/03. See order for details. (DAgostino, Holly) (Entered: 08/03/2004) |
| 08/03/2004 | 36 | Judgment Order (re:35 Order) (DAgostino, Holly) (Entered: 08/03/2004) |
| 08/04/2004 | 37 | Objection to Confirmation of Plan Filed by Creditor Greenwood Credit Union (related document(s)33 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Attachments: # 1 Memorandum of Law # 2 Exhibit A# 3 Exhibit B)(Geremia, Lisa) (Entered: 08/04/2004) |
| 08/04/2004 | 38 | Declaration Re: Electronic Filing P4 (related document(s)33 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Cory, Lucinda) (Entered: 08/04/2004) |
| 08/04/2004 | 39 | BNC Certificate of Mailing - PDF Document. Service Date 08/04/2004. (Related Doc # 32) (Admin.) (Entered: 08/05/2004) |
| 08/05/2004 | | Hearing Held (related document(s)33 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, 13 Amended Chapter 13 Plan, filed by Joint Debtor Diane D. Sweet). APPEARANCES: Lawson, McNichols, Boyajian, Geremia . Lawson had concerns about the notice on the amended plan and requested more time for parties to review. Trustee has concerns re tax issues and debtor does not have all supporting documents to present. Matter recessed for Lawson to call accountant. After second call, Lawson reported the accountant accepted |

| | | |
|---|---|---|
| | | responsibility for delays. Court denied confirmation and gave debtor 20 days for an amended plan. (Cory, Lucinda) (Entered: 08/05/2004) |
| 08/05/2004 | 40 | Order Denying Confirmation of Chapter 13 Plan Status Deadline re:Amended Plan, Motion to Reconsider Order Denying Plan, Notice of Conversion to Chapter 7 or Appeals Due by: 8/26/2004. Debtor given 20 days to file amended plan. (Cory, Lucinda) (Entered: 08/05/2004) |
| 08/05/2004 | 41 | BNC Certificate of Mailing - PDF Document. Service Date 08/05/2004. (Related Doc # 36) (Admin.) (Entered: 08/06/2004) |
| 08/05/2004 | 42 | BNC Certificate of Mailing - PDF Document. Service Date 08/05/2004. (Related Doc # 35) (Admin.) (Entered: 08/06/2004) |
| 08/07/2004 | 43 | BNC Certificate of Mailing - PDF Document. Service Date 08/07/2004. (Related Doc # 40) (Admin.) (Entered: 08/08/2004) |
| 08/10/2004 | 44 | Certificate of Service *Certification for 2004 Income Statement* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)26 Addendum, filed by Joint Debtor Diane D. Sweet). (Lawson, Edward) (Entered: 08/10/2004) |
| 08/27/2004 | 45 | Order Dismissing Case Failure to file amended plan. (related document(s):40 Order Denying Confirmation of Chapter 13 Plan). Appeals/Motion for Reconsideration Due by: 9/7/2004. (DAgostino, Holly) (Entered: 08/27/2004) |
| 08/27/2004 | 46 | Judgment Order (re:45 Order Dismissing Case) (DAgostino, Holly) (Entered: 08/27/2004) |
| 08/29/2004 | 47 | BNC Certificate of Mailing - PDF Document. Service Date 08/29/2004. (Related Doc # 45) (Admin.) (Entered: 08/30/2004) |
| 08/29/2004 | 48 | BNC Certificate of Mailing - PDF Document. Service Date 08/29/2004. (Related Doc # 46) (Admin.) (Entered: 08/30/2004) |
| 08/30/2004 | 49 | Two Part Motion Motion for Reconsideration and/or Motion to Vacate Order Dismissing Case.. Filed by Edward G. Lawson Jr. on behalf of Diane D. Sweet, Kevin Sweet. Objections to Motion Due: 9/13/2004. (Lawson, Edward) (Entered: 08/30/2004) |
| 08/30/2004 | 51 | Two Part Motion Motion for Reconsideration and/or Motion to Vacate Order Dismissing Case.. Filed by Edward G. Lawson Jr. on behalf of Diane D. Sweet, Kevin Sweet. Objections to Motion Due: 9/13/2004. (Lawson, Edward) (Entered: 08/30/2004) |
| 09/02/2004 | 52 | Amended Chapter 13 Plan Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet (related document(s)37 Objection to Confirmation of the Plan, filed by Creditor Greenwood Credit Union). Declaration re: Electronic Filing, Form P.4 Due By: 9/17/2004.Certificate of Service Due by:9/7/2004. (Attachments: # 1 Certification for 3rd Amended Plan)(Lawson, Edward) (Entered: 09/02/2004) |

| | | |
|---|---|---|
| 09/15/2004 | 53 | Declaration Re: Electronic Filing P4 (related document(s)52 Amended Chapter 13 Plan filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Cory, Lucinda) (Entered: 09/16/2004) |
| 09/17/2004 | 54 | Judge's Order Requesting Position From Trustee John Boyajian (re:51 Motion for Reconsideration and/or Motion to Vacate Order Dismissing Case filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet) Due by: 9/27/2004. (DAgostino, Holly) (Entered: 09/17/2004) |
| 09/19/2004 | 55 | BNC Certificate of Mailing - PDF Document. Service Date 09/19/2004. (Related Doc # 54) (Admin.) (Entered: 09/20/2004) |
| 09/24/2004 | 56 | Response to Filed by Trustee John Boyajian re 51 Generic Motion Two Part filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Boyajian, John) (Entered: 09/24/2004) |
| 09/27/2004 | 57 | Response to *Debtors' Response to the Written Position of the Chapter 13 Trustee and Debtors' Supplement to Their Original Motion for Reconsideration and Motion to Vacate Order Dismissing Case* Filed by Joint Debtor Diane D. Sweet, Debtor Kevin Sweet re 56 Response filed by Trustee John Boyajian). (Lawson, Edward) (Entered: 09/27/2004) |
| 09/28/2004 | 58 | Hearing Set (re: 51 Motion for Reconsideration and/or Motion to Vacate Order Dismissing Case filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, 56 Response filed by Trustee John Boyajian, 57 Reply to Trustee's Response filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet,). Hearing scheduled for 10/20/2004 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 09/28/2004) |
| 09/30/2004 | 59 | BNC Certificate of Mailing - PDF Document. Service Date 09/30/2004. (Admin.) (Entered: 10/01/2004) |
| 10/06/2004 | 60 | Response to Filed by Trustee John Boyajian re 56 Response filed by Trustee John Boyajian, 51 Generic Motion Two Part filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). (Attachments: # 1 Exhibit) (Boyajian, John) (Entered: 10/06/2004) |
| 10/20/2004 | | Hearing Held (related document(s)51 Generic Motion Two Part filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, 57 Response, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, 56 Response filed by Trustee John Boyajian). APPEARANCES: Lawson, Boyajian . After hearing from the parties, the Court granted the motion for reconsideration. A status hearing on the IRS claim will be held on 11/4/04 at 9:30 am. (DAgostino, Holly) (Entered: 10/20/2004) |
| 10/20/2004 | 61 | Order Granting Motion to Vacate/Reconsider Order Dismissing Case by Debtors Kevin and Diane D. Sweet. (DAgostino, Holly) (Entered: 10/20/2004) |
| 10/20/2004 | 62 | BNC Service of Document. (related document(s)[61] Generic Order Second Part). (DAgostino, Holly) (Entered: 10/20/2004) |

| | | |
|---|---|---|
| 10/20/2004 | 63 | Hearing Set (re1 Voluntary Petition Chapter 13 - filed by Joint Debtor Diane D. Sweet). Status hearing regarding claim of IRS to be held on 11/4/2004 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 10/20/2004) |
| 10/20/2004 | 64 | Hearing Set (re52 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet). Confirmation hearing to be held on 11/4/2004 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 10/20/2004) |
| 10/22/2004 | 65 | BNC Certificate of Mailing - PDF Document. Service Date 10/22/2004. (Admin.) (Entered: 10/23/2004) |
| 10/22/2004 | 66 | BNC Certificate of Mailing - PDF Document. Service Date 10/22/2004. (Admin.) (Entered: 10/23/2004) |
| 10/22/2004 | 67 | BNC Certificate of Mailing - PDF Document. Service Date 10/22/2004. (Admin.) (Entered: 10/23/2004) |
| 11/04/2004 | 68 | Hearing Held and Continued re 52 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, Status Hearing re: Claim of IRS 1 Voluntary Petition Chapter 13 filed by Joint Debtor Diane D. Sweet. Appearances: Lawson, Boyajian, representative of IRS Ms. Gomes. Lawson said 4 years of tax returns were in question. Lawson advised the amended plan had not been filed in a timely manner as previously stated. Lawson also clarified information regarding IRS and contact by accountant. Trustee advised thte court regarding the tax claims and payments to the trustee. The Court sua sponte will reconsider the order granting the debtor's motion to vacate dismissal. Hearing on 52 Amended Plan, Status of IRS Claim and the Court's Sua Sponte Reconsideration of [61] Order Granting Motion to Vacate Dismissal continued for 11/10/2004 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 11/04/2004) |
| 11/06/2004 | 69 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 68 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 11/06/2004. (Admin.) (Entered: 11/07/2004) |
| 11/10/2004 | 70 | Hearing Held and Continued re 52 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, Court's Sua Sponte Reconsideration of [61] Order Vacating Dismissal; Status of Claim of IRS re: 1 Voluntary Petition Chapter 13 filed by Joint Debtor Diane D. Sweet. Appearances: Lawson, Boyajian, DePasquale. Paul Vaccario, accountant, called by Lawson, cross by Boyajian. Lawson argued in favor of keeping the case a 13. Trustee said can't go forward with proof of claim of IRS. Court continued the matter for 1/5/2005 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 11/10/2004) |
| 11/12/2004 | 71 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 70 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 11/12/2004. (Admin.) (Entered: 11/13/2004) |
| 12/07/2004 | 72 | Hearing rescheduled by the Court re 52 Amended Chapter 13 Plan filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, [61] Order Dismissing Case and 1 Voluntary Petition -Status re IRS Claim. Hearing scheduled for 1/12/2005 at 09:30 |

| | | |
|---|---|---|
| | | AM at 6th Floor Courtroom. Trustee Court-Excused 1/5/05. (Cory, Lucinda) (Entered: 12/07/2004) |
| 12/09/2004 | 73 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 72 Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 12/09/2004. (Admin.) (Entered: 12/10/2004) |
| 01/12/2005 | 74 | Hearing Held and Continued re 52 Amended Chapter 13 Plan, filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, Sua Sponte Reconsideration of [61] Order Vacating Dismissal, 1 Voluntary Petition - Status of IRS Claim. Appearances: Lawson, Boyajian, Iannotti. Trustee said IRS claim has been filed. Plan does not work with that amount. No payments made to trustee since 11/1/04. Kevin Sweet called and examined by Lawson. After recess, Boyajian called 1) Mary Jo McCarter; cross by Lawson. Trustee and Lawson gave argument on Court's Sua Sponte Motion to Reconsider Dismissal. Court allowed Sweet 1 week to get all documents and resolve the IRS claim. Matter continued to 1/20/05. Trustee offered Exhibit 1 - fax from IRS to Sweet and Vaccario - Exhibit is full. Exhibit withdrawn by trustee. Hearing continued for 1/20/2005 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 01/12/2005) |
| 01/14/2005 | 75 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 74 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 01/14/2005. (Admin.) (Entered: 01/15/2005) |
| 01/20/2005 | 76 | Hearing HELD AND CONTINUED: 1 Voluntary Petition Chapter 13 - Case Upload filed by Joint Debtor Diane D. Sweet, 52 Amended Chapter 13 Plan filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, [61] Generic Order Two Part. APPEARANCES: Lawson, Iannotti, Boyajian. Statements by Lawson, Iannotti, Boyajian re: case status. Mary Jo McCarten called as a witness. Matter continued to 1/26/2005 at 09:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 01/20/2005) |
| 01/22/2005 | 77 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 76 Hearing, ) Service Date 01/22/2005. (Admin.) (Entered: 01/23/2005) |
| 01/26/2005 | | Hearing Held (related document(s) Confirmation of 52 Amended Chapter 13 Plan filed by Debtor Kevin Sweet, Joint Debtor Diane D. Sweet, [61] Sua Sponte Reconsideration of Order vacating Dismissal, Status of IRS Claim ). APPEARANCES: Lawson, Boyajian, Iannotti. Court heard from Lawon regarding why the IRS claim is not resolved. Boyajian called Eugenie Gomes - she stated that claim of $58,000 of IRS still stands today. Cross by Lawson, re-direct by Iannotti. Boyajian and Lawson gave arguments. The court re-instated the dismissal acting on it's sua sponte motion. Case dismissed. Boyajian to submit order. Order Due by: 2/7/2005. (Sweeney, Carolyn) (Entered: 01/27/2005) |
| 01/27/2005 | 78 | Proposed Order Filed by Trustee John Boyajian (related document(s)[61] Generic Order Two Part). Status Check Due by:2/1/2005. (Boyajian, John) (Entered: 01/27/2005) |

| | | |
|---|---|---|
| 02/10/2005 | 79 | Order Dismissing Case. This order vacates the previous [61] Order Vacating Dismissal). The Debtors are barred from filing any further bankruptcy petitions with this Court without the prior permission of the Court. Appeals/Motion for Reconsideration Due by: 2/22/2005. (DAgostino, Holly) (Entered: 02/10/2005) |
| 02/10/2005 | 80 | Judgment Order (re:79 Order Dismissing Case, ) (DAgostino, Holly) (Entered: 02/10/2005) |
| 02/12/2005 | 81 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 80 Judgment Order (ap/bk)) Service Date 02/12/2005. (Admin.) (Entered: 02/13/2005) |
| 02/12/2005 | 82 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 79 Order Dismissing Case, ) Service Date 02/12/2005. (Admin.) (Entered: 02/13/2005) |
| 02/18/2005 | 83 | Motion for Corrective Order Filed by Debtor Kevin Sweet. Objections to Motion Due: 3/3/2005. (Sweeney, Carolyn) (Entered: 02/22/2005) |
| 03/03/2005 | 84 | Response to *Motion for Corrective Order* Filed by Trustee John Boyajian re 83 Generic Motion filed by Debtor Kevin Sweet). (Boyajian, John) (Entered: 03/03/2005) |
| 03/09/2005 | 85 | Order Denying Debtors' Motion for Corrective Order (related document(s)83 Generic Motion). See Order for details. (Waterman, Leah) (Entered: 03/09/2005) |
| 03/10/2005 | 86 | Chapter 13 Trustee Final Report and Account Filed by Trustee John Boyajian. (Boyajian, John) (Entered: 03/10/2005) |
| 03/11/2005 | 87 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 85 Generic Order) Service Date 03/11/2005. (Admin.) (Entered: 03/12/2005) |
| 03/16/2005 | 88 | Transcript requested by Debtor Kevin Sweet (related document(s)13 Amended Chapter 13 Plan. (Wilkicki, Joseph) (Entered: 03/16/2005) |
| 03/16/2005 | 89 | Transcript Filed by Debtor Kevin Sweet (related document(s)[61] Generic Order Two Part). (Wilkicki, Joseph) (Entered: 03/16/2005) |
| 03/21/2005 | 90 | Notice of Appeal. Receipt Number 61856, Fee Amount $255 Filed by Kevin Sweet (related document(s)85 Order Denying Debtor's Motion for Corrective Order). Statement of Issues on Appeal due by: 3/31/2005. Appellant Designation due by: 3/31/2005. (District Court Case CA05-119ML) (Attachments: # 1 Receipt)(Sweeney, Carolyn) Modified on 3/25/2005 (Venuti, Jody). (Entered: 03/21/2005) |
| 03/21/2005 | 91 | Appellant District Court Election Filed by Kevin Sweet (related document(s)90 Notice of Appeal filed by Debtor Kevin Sweet). (Sweeney, Carolyn) (Entered: 03/21/2005) |
| 03/21/2005 | 92 | Court Notice related document(s) 90 Notice of Appeal filed by Debtor Kevin Sweet sent to US District Court - RI (Sweeney, Carolyn) (Entered: 03/21/2005) |

| | | |
|---|---|---|
| 03/23/2005 | 93 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 90 Notice of Appeal, filed by Debtor Kevin Sweet) Service Date 03/23/2005. (Admin.) (Entered: 03/24/2005) |
| 03/23/2005 | 94 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 92 Court Notice) Service Date 03/23/2005. (Admin.) (Entered: 03/24/2005) |
| 03/31/2005 | 96 | Statement of Issues on Appeal Filed by Kevin Sweet (related document(s)90 Notice of Appeal filed by Debtor Kevin Sweet). (Sweeney, Carolyn) (Entered: 03/31/2005) |
| 04/01/2005 | 97 | Court Notice - Notice of Overdue Appellate Documents and Intent to foward Appeal, with Certificate of Default, to Appellate Court (related document(s)90 Notice of Appeal filed by Debtor Kevin Sweet). Status Check Due by:4/11/2005. (Sweeney, Carolyn) (Entered: 04/01/2005) |
| 04/03/2005 | 98 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 97 Court Notice, ) Service Date 04/03/2005. (Admin.) (Entered: 04/04/2005) |
| 04/11/2005 | 99 | Statement of Issues on Appeal Filed by Kevin Sweet (related document(s)90 Notice of Appeal filed by Debtor Kevin Sweet). (Sweeney, Carolyn) (Entered: 04/12/2005) |
| 04/11/2005 | 100 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Kevin Sweet (related document(s)90 Notice of Appeal filed by Debtor Kevin Sweet). Appellee designation due by 4/21/2005. Transmission of Designation Due by 5/11/2005. (Sweeney, Carolyn) (Entered: 04/12/2005) |
| 05/23/2005 | 101 | Transmittal of Record on Appeal to U.S. District Court (related document(s)90 Notice of Appeal filed by Debtor Kevin Sweet). (Sweeney, Carolyn) (Entered: 05/23/2005) |
| 06/29/2005 | 102 | Motion Request for Filing Filed by Debtor Kevin Sweet. Objections to Motion Due: 7/12/2005. (Attachments: # 1 Exhibit) (DAgostino, Holly) (Entered: 06/30/2005) |
| 07/12/2005 | 103 | Objection *of MERS and Washington Mutual Bank, FA To "Request For Filing" Filed By Debtor Kevin Sweet and Memorandum Of Law In Support of Objection of MERS and Washington Mutual to "Request for Filing" Filed By Debtor Kevin Sweet* Filed by Creditor Mortgage Electronic Registration Systems Inc. re 102 Generic Motion filed by Debtor Kevin Sweet). (Attachments: # 1 Memorandum of Law # 2 certificate of service) (Cody, Susan) (Entered: 07/12/2005) |
| 07/12/2005 | 104 | Motion to Expedite Hearing *of MERS For An Expedited Determination On The Pleadings, Or, Alternatively, For Expedited Hearing On Debtor's Request For Filing* Filed by Creditor Mortgage Electronic Registration Systems Inc. (related document(s)102 Generic Motion filed by Debtor Kevin Sweet, 103 Objection, filed by Creditor Mortgage Electronic Registration Systems Inc.). Objections to Motion Due: 7/25/2005. (Attachments: # 1 certificate of hearing) (Cody, Susan) (Entered: 07/12/2005) |

| | | |
|---|---|---|
| 07/13/2005 | | Attorney Susan W. Cody for Washington Mutual Bank FA (creditor's attorney) added to case (Sweeney, Carolyn) (Entered: 07/13/2005) |
| 07/14/2005 | 105 | Order Granting Motion Expedite Hearing (Related Doc # 104). (Sweeney, Carolyn) (Entered: 07/14/2005) |
| 07/14/2005 | 106 | Hearing Set re: 102 Motion Request for Filing filed by Debtor Kevin Sweet, 103 Objection filed by Creditor Mortgage Electronic Registration Systems Inc.). Hearing scheduled for 7/21/2005 at 09:30 AM at 6th Floor Courtroom. (Sweeney, Carolyn) (Entered: 07/14/2005) |
| 07/16/2005 | 107 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 105 Order on Motion to Expedite Hearing) Service Date 07/16/2005. (Admin.) (Entered: 07/17/2005) |
| 07/16/2005 | 108 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 106 Hearing) Service Date 07/16/2005. (Admin.) (Entered: 07/17/2005) |
| 07/20/2005 | 109 | Notice of Appearance and Request for Notice *on behalf of Mortgage Electronic Registration Systems, Inc. (MERS)* Filed by Janet J. Goldman on behalf of Janet J. Goldman. (Goldman, Janet) Modified text on 7/21/2005 (Spaight, Linda). (Entered: 07/20/2005) |
| 07/21/2005 | 110 | Terminate Document - ECF Error. **Not signed **. Document must be resubmitted (related document(s) 109 Notice of Appearance and Request for Notice filed by Attorney Janet J. Goldman). (*Note: the party represented was also not added to the case.) (Spaight, Linda) (Entered: 07/21/2005) |
| 07/21/2005 | | Hearing Held (related document(s)102 Generic Motion filed by Debtor Kevin Sweet, 103 Objection, filed by Creditor Mortgage Electronic Registration Systems Inc.). APPEARANCES: Boyajian, Donahue, Goldman. Record shows that Mr. Sweet was not in court at 11:45 am. Goldman argued the objection to any re-filing. Trustee said he received on 7/19/05 a request for additional time to respond to the objection because Sweet was out of the country unitl 7/23/05. This was not filed with the Court. Donahue said consent order from July 2004 bars any re-filing. There is no stay. In rem relief was granted. Current request doesn't demonstrate basis for relief. Court denied request. (DAgostino, Holly) (Entered: 07/22/2005) |
| 07/22/2005 | 111 | Order Denying (related document(s)102 Request for Filing). (DAgostino, Holly) (Entered: 07/22/2005) |
| 07/22/2005 | 112 | Objection Filed by Debtor Kevin Sweet re 104 Motion to Expedite Hearing, filed by Creditor Mortgage Electronic Registration Systems Inc.). (DAgostino, Holly) Additional attachment(s) added on 7/27/2005 (McCurdy, Michelle). Additional attachment(s) added on 8/2/2005 (Venuti, Jody). (Entered: 07/22/2005) |
| 07/23/2005 | 113 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 110 Terminate Document - ECF Error, ) Service Date 07/23/2005. (Admin.) (Entered: 07/24/2005) |

| | | |
|---|---|---|
| 07/24/2005 | 114 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 111 Generic Order) Service Date 07/24/2005. (Admin.) (Entered: 07/25/2005) |
| 07/27/2005 | 115 | Notice of Appearance and Request for Notice Filed by Janet J. Goldman on behalf of Kevin Sweet. (Goldman, Janet) (Entered: 07/27/2005) |
| 07/27/2005 | 116 | Terminate Document - ECF Error. **Wrong party chosen **. Document must be resubmitted (related document(s)115 Notice of Appearance and Request for Notice filed by Debtor Kevin Sweet). (Sweeney, Carolyn) (Entered: 07/27/2005) |
| 07/29/2005 | 117 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 116 Terminate Document - ECF Error) Service Date 07/29/2005. (Admin.) (Entered: 07/30/2005) |
| 07/29/2005 | 118 | Motion to Reconsider Filed by Debtor Kevin Sweet (related document(s) 111 Order Denying Request for Filing). (Pleading entitled Motion for New Hearing on the Debtor's Request for Filing dated July 29, 2005.) (Sweeney, Carolyn) (Entered: 08/01/2005) |
| 07/29/2005 | 119 | Motion To Stay Filed by Debtor Kevin Sweet (related document(s) 111 Generic Order). (Sweeney, Carolyn) (Entered: 08/01/2005) |
| 08/01/2005 | 120 | Judge's Order Requesting Position From Attorney Susan Cody re: 118 Motion to Reconsider filed by Debtor Kevin Sweet, 119 Motion To Stay filed by Debtor Kevin Sweet) Due by by 12:00 p.m. on 8/3/2005. (Sweeney, Carolyn) (Entered: 08/01/2005) |
| 08/01/2005 | 121 | Judge's Order Requesting Position From Trustee John Boyajian re: 118 Motion to Reconsider filed by Debtor Kevin Sweet, 119 Motion To Stay filed by Debtor Kevin Sweet) Due by 12:00 p.m. on 8/3/2005. (Sweeney, Carolyn) (Entered: 08/01/2005) |
| 08/01/2005 | 122 | Judge's Order Requesting Position From U.S. Trustee Leonard DePasquale re: 118 Motion to Reconsider filed by Debtor Kevin Sweet, 119 Motion To Stay filed by Debtor Kevin Sweet. Due by 12:00 p.m. on 8/3/2005. (Sweeney, Carolyn) (Entered: 08/01/2005) |
| 08/02/2005 | 123 | Response to *order for written position* Filed by U.S. Trustee Leonard DePasquale re 118 Motion to Reconsider and 119 Motion to Stay (Donahue, Gary) Modified linkage on 8/3/2005 (Venuti, Jody). (Entered: 08/02/2005) |
| 08/02/2005 | 124 | Response to Filed by Trustee John Boyajian re 118 Motion to Reconsider filed by Debtor Kevin Sweet, 119 Motion To Stay filed by Debtor Kevin Sweet). (Boyajian, John) (Entered: 08/02/2005) |
| 08/03/2005 | 125 | ECF Corrective Entry- Document is linked incorrectly. Linkage created to correct relationship. Document should be linked to 118 and 119. Document will be corrected. (related document(s)123 Response filed by U.S. Trustee Leonard DePasquale). (Sweeney, Carolyn) (Entered: 08/03/2005) |

| | | |
|---|---|---|
| 08/03/2005 | 126 | Response to *of Susan W. Cody on Behalf of MERS and Washington Mutual Bank To Order For Written Position re: The Debtor's Motion For Reconsideration (#118) and Motion For Stay Of Action Pending Hearing (#119)* Filed by Creditor Mortgage Electronic Registration Systems Inc. re 118 Motion to Reconsider filed by Debtor Kevin Sweet, 119 Motion To Stay filed by Debtor Kevin Sweet). (Attachments: # 1 certificate of service) (Cody, Susan) (Entered: 08/03/2005) |
| 08/05/2005 | 127 | Order DENYING WITH PREJUDICE Motion To Reconsider (Related Doc # 118). (Sweeney, Carolyn) (Entered: 08/05/2005) |
| 08/05/2005 | 128 | Order DENYING WITH PREJUDICE Motion To Stay (Related Doc # 119). (Sweeney, Carolyn) Additional attachment(s) added on 8/5/2005 (Venuti, Jody). (Entered: 08/05/2005) |
| 08/07/2005 | 129 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 127 Order on Motion To Reconsider) Service Date 08/07/2005. (Admin.) (Entered: 08/08/2005) |
| 08/22/2005 | 130 | Notice of Appeal. Receipt Number 62758, Fee Amount $255 Filed by Kevin Sweet (related document(s )111 Order Denying Request for Filing). Statement of Issues on Appeal due by: 9/1/2005. Appellant Designation due by: 9/1/2005. (District Court Case CA05-365ML) (Attachments: # 1 Receipt)(Sweeney, Carolyn) Modified text entry on 10/5/2005 (Sweeney, Carolyn). (Entered: 08/22/2005) |
| 08/22/2005 | 131 | Appellant District Court Election Filed by Kevin Sweet (related document(s)130 Notice of Appeal filed by Debtor Kevin Sweet). (Sweeney, Carolyn) (Entered: 08/22/2005) |
| 08/22/2005 | 132 | Court Notice related document(s) 130 Notice of Appeal filed by Debtor Kevin Sweet sent to US District Court - RI (Sweeney, Carolyn) (Entered: 08/22/2005) |
| 08/24/2005 | 133 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 130 Notice of Appeal, filed by Debtor Kevin Sweet) Service Date 08/24/2005. (Admin.) (Entered: 08/25/2005) |
| 08/29/2005 | 134 | Objection/Response Filed by Debtor Kevin Sweet re: 104 Motion to Expedite Hearing filed by Creditor Mortgage Electronic Registration Systems Inc.). **THIS DOCUMENT FILED OUT OF TIME, AFTER THE UNDERLYING MOTION HAD BEEN GRANTED AND WILL NOT BE CONSIDERED BY THE COURT** (Sweeney, Carolyn) Modified text on 8/31/2005 (Sweeney, Carolyn). (Entered: 08/30/2005) |
| 09/06/2005 | 135 | Court Notice of Overdue Appellate Documents and Intent to Forward Appeal, with Certificate of Default, to Appellate Court (related document(s) 130 Notice of Appeal filed by Debtor Kevin Sweet). Status Check Due by:9/16/2005. (Sweeney, Carolyn) (Entered: 09/06/2005) |
| 09/08/2005 | 136 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 135 Court Notice) Service Date 09/08/2005. (Admin.) (Entered: 09/09/2005) |

| | | |
|---|---|---|
| 09/13/2005 | 137 | Response Filed by Debtor Kevin Sweet to 103 Objection filed by Creditor Mortgage Electronic Registration Systems Inc. re 102 Generic Motion filed by Debtor Kevin Sweet. **THIS DOCUMENT FILED OUT OF TIME, AFTER THE UNDERLYING MOTION HAD BEEN DENIED, AND WILL NOT BE CONSIDERED BY THE COURT** (Sweeney, Carolyn) (Entered: 09/14/2005) |
| 09/20/2005 | 138 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Kevin Sweet (related document(s) 130 Notice of Appeal filed by Debtor Kevin Sweet). Appellee designation due by 9/30/2005. Transmission of Designation Due by 10/20/2005. (Sweeney, Carolyn) (Entered: 09/20/2005) |
| 09/20/2005 | 139 | Statement of Issues on Appeal Filed by Kevin Sweet (related document(s)130 Notice of Appeal filed by Debtor Kevin Sweet). (Sweeney, Carolyn) (Entered: 09/20/2005) |

FILED AUG 22 '05 13:59 USBCRI

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET SR
DIANE D SWEET

CH 13 NO 04-12083

**NOTICE OF APPEAL**

NOW COMES THE DEBTOR IN THE ABOVE ENTITLED CASE AND APPEALS THIS COURTS DECISION/JUDGMENT DENYING THE DEBTORS REQUEST FOR FILING.

ENTERED ON DOCKET 7/22/05
DOCUMENT NUMBER 111

AUGUST 22,2005

RESPECTFULLY SUBMITTED,

KEVIN E SWEET SR

***CERTIFICATION***

I, KEVIN E SWEET CERTIFY I PLACED IN REGULAR US MAIL POSTAGE PREPAID, ACOPY OF THE WITHIN APPEAL TO JOHN BOYAJIAN 182 WAYLAND AVE PROVIDENCE RI 02906 AND THE US TRUSTEE 10 DORRANCE ST PROVIDENCE ST PROVIDENCE RI 02903

***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)528-4477***

| | |
|---|---|
| In Re: ***Kevin Sweet and Diane D. Sweet (Needs Court Permission to File)***<br><br>Debtor(s) | **BK No. 1:04-bk-12083**<br><br>**Chapter 13** |

# *** N O T I C E ***

A NOTICE of APPEAL was filed by Kevin Sweet on 08/22/2005 ,
RE: Order Denying Request for Filing .

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 8/22/05
Document Number: 130 - 111

By: cs
Deputy Clerk

AppealNtc.jsp #302

R.I. Bankr. Form S
*See* R.I. LBR 8001-1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - -*

In re: Kevin E Sweet SR :
Diane D Sweet :
Debtor(s) :

BK No. 04-12083
Chapter 13

- - - - - - - - - - - - - - - - - -*

## APPELLANT ELECTION FORM

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated 7-22-05, Doc. No. 111.

| APPELLANT(S) | APPELLEE(S) |
| --- | --- |
| Kevin E Sweet SR<br>Diane D Sweet | John Boyajian, Trustee |
| Attorney<br>(Firm Name, Address, and Telephone No.)<br>Prosey | Attorney (If known)<br>Same As Above |

☐ I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

☒ I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: [signature] Dated: ____________
Signature of Attorney (or Appellant, if pro se)

***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

In Re: **Kevin Sweet and Diane D. Sweet(Needs Court Permission to File)**

Debtor(s)

BK No. **1:04–bk–12083**

Chapter 13

***Order Denying Motion/Application (doc# 102 ) After Hearing***

***Re: Debtors' Request for Court Permission to File***

Upon consideration of the Motion/Application and any objection or response thereto, and after hearing, IT IS ORDERED that for the reasons stated by the Court in its bench decision which are incorporated herein by reference, the Motion/Application (doc# 102 ) is **DENIED** .

Judgment #: 1:04–bk–12083 – 111 – 102

***ORDER:***

By: **HAD**
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **7/22/05**

Entered on Docket: **7/22/05**
Document Number: **111 – 102**

odmash.jsp #120

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICY OF RHODE ISLAND

04-10083

KEVIN E SWEET
DEBTOR

REQUEST FOR FILING

NOW COMES THE DEBTOR AND FILES THIS REQUEST.

IN THE PREVIOUS PETITION THE DEBTOR WAS REPRESENTED BY TED LAWSON, ALL REQUESTS BY THIS COURT WAS ADHERED TOEXCEPT THE SETTLING OF ANOTHER FALSE CLAIM BY THE IRS. THERE WAS NO OB JECTION FILED BY ATTY LAWSON AND HE REPRESENTED TO THIS COURTTHAT IT WOULD BE LESS TIME TO TRY TO RESOLVE THE MATTER WITH JUST THE IRS REP.

THE COURT WANTED THAT ISSSUE WITH THE IRS CLAIM SETTLED EVEN THOUGHT THE DEBTOR HAD BEEN SUCCESSFUL IN ALL PREVIOUS CLAIMS OF THE IRS IN THE HUNDREDS OF THOUSANDS OF DOLLARS THAT WERE FALSE AND UNJUSTIFIED AND IN FACT RECEIVED REFUNDS FOR THOSE YEARS OF APROXIMATELY $7000--.

AGAIN HISTORY REPEATS ITSELF, TWO WEEKS AFTER THE JUDGE DISMISSED THE PETITION BECAUSE OF THE IRS, THE IRS SENT HIM **AREFUND FOR$1320.533**.(COPY ATTACHED) FOR THE YEAR 2000. THAT LEAVING JUST 2003 2004 TO BE RESOLVED,

THE DEBTOR HAD CERTAIN RIGHTS AND A PROCESS TO DISPUTE THE ALLEDGED CLAIMS BY THE IRS, THIS COURT DID NOT ALLOW THAT TIME TO THE DEBTOR.

THE TWO YEARS UNSETTLED ARE 2002 2003AND NOW THAT THE IRS HAS SENT ITS NOTICE OF DEFICIENCY THE DEBTOR HAS FILED A PETITION IN US TAX COURT, COPY ATTACHED.

THE DEBTOR DENIED THE CLAIMS OF THE IRS IN THE PAST , ALL OF THOSE CLAIMS WERE UNSUCCESFUL IN BEARING FRUIT.NOW THE DEBTOR RECEIVED HIS REFUND FOR YEAR 2000.

FILED JUN 29 '05 09:22 USBCRI

NOT WITHSTANDING THE IRS CLAIM THE DEBTOR MORE THAN LIKLEY WOULD HAVE BEEN CONFIRMED AND HE WOULD HAVE HAD THE BANKRUPTCY COURT PROTECTION.

THEREFORE THE DEBTOR FILES THIS REQUEST FOR FILING.

JUNE 29, 2005

RESPECTFULLY,

KEVIN E SWEET

COPY TO JOHN BOYAJIAN WATERMEN AVE PROV AND THE US TRUSTEE 10 DORRANCE ST PROVIDENCE RI.

UNITED STATES
BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND
PROVIDENCE Division

# 00062758 - AO
August 22, 2005

| Code | Case # | Qty | Amount |
|---|---|---|---|
| APPEAL | 04-12063 | | 255.00 CA |

TOTAL-> 255.00

FROM: KEVIN SWEET

FILED SEP 20 '05 11:45 USBCRI

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:

KEVIN E SWEET

CHAPTER 13
CA. NO. 04-12083

**DEBTORS DESIGNATION OF CONTENTS FOR INCLUSION IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL:**

1) DEBTORS REQUEST FOR FILING , FILED AND DATED JUNE 29, 2005 AT 9:22 AM.

2) DEBTORS REQUEST FOR TIME TO RESPOND TO MOTION OF MERS FOR AN EXPEDITED HEARING OR OR PLEADING AND OBJECTION TO DEBTORS REQUEST FOR FILING, STAMPED RECEIVED BY THE COURT JULY 20, 2005 BUT FILED BY THE COURT JULY 22,2005 AT 11:45 AM.

3) A COPY OF AN ENVELOPE STAMPED BY THE POST OFFICE PM JULY 21 2005.

4) ORDER OF THE COURT DENYING THE DEBTORS REQUEST FOR FILING AFTER HEARING.DATED 7/22/05.

5) NOTICE OF APPEAL FILED AUGUST 22, 2005 13:59.

6) COURT NOTICE OF APPEAL DATED 8/22/05

**STATEMENT OF ISSUES**

THE BASIS FOR THIS APPEAL WAS THE COURTS ORDER DATED AUGUST 22, 2005 DENYING THE DEBTORS REQUEST FOR FILING.

THE HEARING THAT TOOK PLACE REGUARDING THAT DECISION WHEN THE COURT THE TRUSTEE AND THE US TRUSTEE WERE NOTICED THAT THE DEBTOR WAS NOT IN THE COUNTRY.

THE COURT NOTICE THAT SOMEHOW WAS STAMPED BY THE COURT JULY 20, 2005 .

THE STAMPING OF THAT SAME COURT NOTICE CONVIENTLY STAMPED FILED THE DAY AFTER THE HEARING .THE DEBTOR WILL BE REQUESTING A TRANSCRIPT .

DATED THIS 16TH DAY OF SEPTEMBER , 2005

RESPECTFULLY SUBMITTED,

KEVIN E SWEET SR.

***CERTIFICATION***

I, KEVIN E SWEET, CERTIFY I PLACED IN REGULAR US MAIL A COPY OF THE WITHIN DEBTORS DESIGNATION OF CONTENTS AND STATEMENT OF ISUES TO JOHN BOYAJIAN 182 WATERMAN AVE PROVIDENCE RI 02906 AND THE US TRUSTEE 10 DORRANCE ST PROVIDENCE RI 02903 .

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICY OF RHODE ISLAND

04-10083

KEVIN E SWEET
DEBTOR

FILED JUN 29 '05 09:22 USBCRI

REQUEST FOR FILING

NOW COMES THE DEBTOR AND FILES THIS REQUEST.

IN THE PREVIOUS PETITION THE DEBTOR WAS REPRESENTED BY TED LAWSON, ALL REQUESTS BY THIS COURT WAS ADHERED TOEXCEPT THE SETTLING OF ANOTHER FALSE CLAIM BY THE IRS. THERE WAS NO OB JECTION FILED BY ATTY LAWSON AND HE REPRESENTED TO THIS COURTTHAT IT WOULD BE LESS TIME TO TRY TO RESOLVE THE MATTER WITH JUST THE IRS REP.

THE COURT WANTED THAT ISSSUE WITH THE IRS CLAIM SETTLED EVEN THOUGHT THE DEBTOR HAD BEEN SUCCESSFUL IN ALL PREVIOUS CLAIMS OF THE IRS IN THE HUNDREDS OF THOUSANDS OF DOLLARS THAT WERE FALSE AND UNJUSTIFIED AND IN FACT RECEIVED REFUNDS FOR THOSE YEARS OF APROXIMATELY $7000--.

AGAIN HISTORY REPEATS ITSELF, TWO WEEKS AFTER THE JUDGE DISMISSED THE PETITION BECAUSE OF THE IRS, THE IRS SENT HIM **AREFUND FOR$1320.533.**(COPY ATTACHED) FOR THE YEAR 2000. THAT LEAVING JUST 2003 2004 TO BE RESOLVED,

THE DEBTOR HAD CERTAIN RIGHTS AND A PROCESS TO DISPUTE THE ALLEDGED CLAIMS BY THE IRS, THIS COURT DID NOT ALLOW THAT TIME TO THE DEBTOR.

THE TWO YEARS UNSETTLED ARE 2002 2003AND NOW THAT THE IRS HAS SENT ITS NOTICE OF DEFICIENCY THE DEBTOR HAS FILED A PETITION IN US TAX COURT, COPY ATTACHED.

THE DEBTOR DENIED THE CLAIMS OF THE IRS IN THE PAST , ALL OF THOSE CLAIMS WERE UNSUCCESFUL IN BEARING FRUIT.NOW THE DEBTOR RECEIVED HIS REFUND FOR YEAR 2000.

NOT WITHSTANDING THE IRS CLAIM THE DEBTOR MORE THAN LIKLEY WOULD HAVE BEEN CONFIRMED AND HE WOULD HAVE HAD THE BANKRUPTCY COURT PROTECTION.

THEREFORE THE DEBTOR FILES THIS REQUEST FOR FILING.

JUNE 29, 2005

RESPECTFULLY,

KEVIN E SWEET

COPY TO JOHN BOYAJIAN WATERMEN AVE PROV AND THE US TRUSTEE 10 DORRANCE ST PROVIDENCE RI.

BY: JUL 2 0 2005 CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET

CH 13
CASE NO. 04-12083

FILED JUL 22 '05 11:45 USBCRI

DEBTORS REQUEST FOR TIME TO RESPOND TO MOTION OF MERS FOR AN EXPEDITED HEARING OR PLEADING AND OBJECTION TO DEBTORS REQUEST FOR FILING.

NOW COMES THE DEBTOR AND AVERS AS FOLLOWS:

THIS CREDITOR RIDES ON THE SKIRTALES OF THE COURTS OPINION OF THE DEBTOR AND HIS FILINGS IN AN ATTEMPT TO CONTINUE TO SELL OR FORECLOSE THE DEBTORS INTEREST IN THE PROPERTY.

THE DEBTOR TO DATE DENIES ANY ABUSE TO THIS COURT SYSTEM AND FEELS THE HISTORY OF THE FALSE CLAIMS FILED AGAINST HIM AND HIS RESOLVE IN ALL MATTERS BEFORE THIS COURT AND THE DISPOSITIONS OF ALL THE CLAIMS FILED AGIANST THE DEBTOR BE IT CLAIMS AGAINST THE DEBTOR OR CLAIMS THE DEBTOR HAD AGAINST OTHERS HAVE ALL BEEN IN THE DEBTORS FAVOR, THERE HAS BEEN NOT ONE CLAIM AGAINST THIS DEBTOR THAT EVER BORE FRUIT IN FACT.

IT IS THE DEBTORSBELIEF THAT THE LAST PETITION FILED WAS DISMISSED UNFAIRLY, AND THAT HIS REQUEST FOR FILING IS SPECIFIC IN WHY THE DEBTOR SHOULD BE ABLE TO REFILE, BASED UPON THE DISMISSAL OF THIS COURT NOT ALLOWING THE DEBTOR CERTAIN RIGHTS AND DUE PROCESS TO DISPUTE THE IRS CLAIMS IN LIGHT OF THE HISTORY OF THE FALSE CLAIMS THAT THE DEBTOR WAS NOT ONLY VINDICATED BUT FURTHE RECEIVED REFUNDS IN THE AMOUNTS OVER $7000--., THAT AGAIN AFTER THE IRS SWORE UNDER OATH THE DEBTOR OWED THE SAME THAT APROX TWO WEEKS LATER THE THE DEBTOR RECEIVED A REFUND.

THE FACT ARE AS IS , THE DEBTOR HAS HAD FINANCINING IN BOTH THE 2004 PETITION AND THE PRESENT FILING .

THE CREDITOR MERS HAS AND IS A VIOLATOR OF THE FAIR DEBT COLLECTION PRACTICES ACT AND TO DATE HAS NOT HAD ANY CONSISTANT BILLINGS NOR VERIFIED THE SAME..

THE CREDITOR HAS SOLD THE PROPERTY ILLEGALY AND THIS DEBTOR SEEKS PROTECTION FROM THIS COURT.

THE DEBTOR HAS JUST RECEIVED THE NOTICE OF THE MERS OBJECTION AND REQUEST FOR EXPEDITED HEARING THIS DAY JULY 15, 2005.

AND THE DEBTOR OBJECTS TO THE EXPEDITED HEARING BASED ON THE CREDITORS CONTINUED ABUSE OF THE FAIR DEBT COLLECTION PRACTICES ACT.

THE DEBTOR WILL BE OUT OF THE COUNTRY UNTILL JULY 23, 2005

THE DEBTOR AT PRESENT IS PROSEY AND REQUESTES THE NORMAL TRACK OF TIME TO RESPOND TO THE CREDITORS ALLEGATIONS.

JULY 15, 2005

KEVIN E SWEET

I CERTIFY IPLACED IN REG US MAIL A COPY OF THE WITH IN TO JOHN BOYAJIAN 182 WATERMAN AVE PROV 02906 AND THE US TRUSTEE 10 DORANCE ST PROVE 02916

Mers, Kreisman & [illegible]
190 Boston [illegible] Rd
Sudbury MA
01776

Sweet
P. O Box 456
Harmony RI
02829

PROVIDENCE RI 02904
PM
21 JUL
2005

US Bank Court
380 Westminster St
Providence RI
02903

***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | |
|---|---|
| In Re: **Kevin Sweet and Diane D. Sweet(Needs Court Permission to File)**<br><br>Debtor(s) | BK No. **1:04–bk–12083**<br><br>Chapter **13** |

***Order Denying Motion/Application (doc# 102 ) After Hearing***

***Re: Debtors' Request for Court Permission to File***

Upon consideration of the Motion/Application and any objection or response thereto, and after hearing, IT IS ORDERED that for the reasons stated by the Court in its bench decision which are incorporated herein by reference, the Motion/Application (doc# 102 ) is **DENIED** .

Judgment #: 1:04–bk–12083 – 111 – 102

*ORDER:*

By: HAD
Deputy Clerk

*ENTER:*

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: 7/22/05

Entered on Docket: 7/22/05
Document Number: 111 – 102

odmash.jsp #120

*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: **Kevin Sweet** and **Diane D. Sweet(Needs Court Permission to File)**<br><br>Debtor(s) | BK No. **1:04–bk–12083**<br><br>Chapter **13** |

***Order Denying Motion/Application (doc# 102 ) After Hearing***

***Re: Debtors' Request for Court Permission to File***

Upon consideration of the Motion/Application and any objection or response thereto, and after hearing, IT IS ORDERED that for the reasons stated by the Court in its bench decision which are incorporated herein by reference, the Motion/Application (doc# 102 ) is **DENIED** .

Judgment #: 1:04–bk–12083 – 111 – 102

***ORDER:***

By: **HAD**
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **7/22/05**

Entered on Docket: **7/22/05**
Document Number: **111 – 102**

odmaah.jsp #120

***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)528-4477***

**Kevin Sweet** and **Diane D. Sweet(Needs Court Permission to File)**

Debtor(s)

BK No. **1:04-bk-12083**

Chapter **13**

Judge: **Arthur N. Votolato**

## ***JUDGMENT***

Pursuant to the order entered this date, judgment is hereby entered regarding;

**Order Denying (related document(s)[102] Request for Filing).**

***111*** – Order Denying (related document(s)[102] Request for Filing). (DAgostino, Holly)

Judgment #: 1:04–bk–12083 – 140 – 111

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **10/28/05**
Document Number: ***140 - 111***

By: **HAD**
Deputy Clerk

judgement.jsp #404