DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

IN RE: Kevin Sweet

CA 05-365ML

ORDER

The above listed bankruptcy case is on appeal to this Court. In the interest of uniformity and orderly presentation of facts and legal issues, counsel will comply with the following procedures:

1) Within 10 days of the date of this order, the appellant(s) will file a statement of the issues to be resolved on appeal and a copy of said statement shall be served on the appellee(s).

2) The appellee(s), within 5 days of the receipt of said statement, may, if desired, file a response.

3) Within 30 days of the date of this order, all counsel will file briefs with the Clerk of this Court and with each other, complying with all pertinent provisions of Rule 28, Federal Rules of Appellate Procedure. Reply briefs will be filed within 10 days thereafter.

The appeal to this Court will be taken with the same concern as though it were to the First Circuit Court of Appeals. All briefs shall be filed in duplicate.

SO ORDERED:

Mary M. Lisi
U.S. District Judge
January 31, 2006

Entered as an Order of this Court on January 30, 2006.

Barbara Barletta
Deputy Clerk