FILED
FEB 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET

CA 05-365ML

APPELLANTS RERQUEST FOR TIME TO RESPOND TO THIS COURTS ORDER ENTERED JANUARY 31, 2006.

NOW COMES THE APPELLANT, KEVIN E SWEET, AND AVERS AS FOLLOWS:

1) IT APPEARS THE BANKRUPTCY COURT , DID NOT FORWARD THIS CASE TO THE DISTRICT COURT UNTIL NOVE MBER 28, 2005.

2) THIS APPEAL PENDING SINCE AUGUST OF 2005.

3) THIS COURT ISSUED AN ORDER, ENTERED AS AN ORDER OF THE COURT ON JANUARY 30, 2006. AMONG OTHER THINGS THAT WITHIN 10 DAYS OF THE DATE OF THIS ORDER, THE APPELLANT WILL FILE A STATEMENT OF ISSUES ......ETC.

4) THAT THE APPELLANT, MR.SWEET HAS PENDING ANOTHER APPEAL 05-119ML WITH RESPECT TO THE BARRING OF FILING AGAINST HIS WIFE DIANE D SWEET FROM BANKRUPTCY COURT.MR EDWARD G LAWSON ESQ, HE WAS SUPPOSED TO BE HANDLING THAT MATTER. FOR US.

5) THAT FOR SOME REASON THE ORDER IN THIS MATTER 05-365ML WAS FAXED TO HIM (MR LAWSON) ON JANUARY 31,2006.EXHIBIT A.

6) CONSISTANT WITH THE ACTIONS OF MR LAWSON , HE DID NOT NOTICE MR SWEET OF THE ORDER INSTEAD MR LAWSON MAILED IT ON FEBRUARY 9, 2006 P.M. EXHIBIT B.

7) THE APPELLANT RECEIVED THE NOTICE WITH OTHER ITEMS MAILED FROM MR LAWSON . EXHIBIT C

8) THAT THE TIME TO FULLFILL THAT ORDER EXPIRED THE DAY AFTER MR LAWSON MAILED IT.

Granted. Mary M. Lisi 4005 2/22/06

9) MR LAWSON DOES NOT AND NEVER DID REPRESENT MR SWEET IN THIS MATTER CA 05-365ML

THEREFORE, THE APPELLANT, RESPECTFULLY REQUESTS THIS COURT GRANT THE APPELLANT 10 DAYS TO FULLFILL THAT ORDER OF THE COURT. TILL FEBRUARY 24, 2006, AND ALL FUTURE CORRESPONDENCE BE FORWARDED TO MR ONLY.

FEBRUARY 14, 2006

RESPECTFULLY SUBMITTED,

KEVIN E SWEET SR
APPELLANT

PO BOX 455
HARMONY RI 02829

*CERTIFICATION*

I, KEVIN E SWEET, CERTIFY, I PLACED IN REGULAR US MAIL POSTAGE PREPAID A COPY OF THE WITHIN REQUEST TO JOHN BOYAJIAN 182 WATERMAN AVE PROVIDENCE RI 02906.AND TO EDWARD LAWSON ESQ 260 LONSDALE AVE PAWTUCKET RI O2860.