UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET SR CA 05-~~535~~ 365

STATEMENT OF ISSUES

1) THE DENIAL OF THE DEBTORS REQUEST FOR FILING .

2) VIOLATION OF DEBTORS RIGHTS FOR PROTECTION UNDER 362.

RESPECTFULLY SUBMITTED,

KEVIN E SWEET SR

*CERTIFICATION*

I, KEVIN E SWEET, CERTIFY I PLACED IN REGULAR US MAIL A COPY OF THE WITHIN TO JOHN BOYAJIAN 182 WATERMAN AVE PROVIDENCE RI 02906
AND
THE US TRUSTEE 10 DORRANCE ST PROVIDENCE RI 02916