**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE: Kevin Sweet**
**Diane Sweet**

**CA 05-365ML**

**ORDER**

**Appellants shall file their briefs within twenty (20) days of the date of this Order and Appellee shall file his brief within (30) days.**

**SO ORDERED:**

Mary M. Lisi
**Mary M. Lisi**
**United States District Judge**
**March 1 , 2006**

**ENTERED as an Order of this Court on March 2 ,2006.**

Barbara Barletta
**Deputy Clerk**