FILED

MAR 1 6 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET SR. CA. 05-365 ML

# APPELANTS MOTION TO EXTEND TIME

NOW COMES THE DEBTOR, KEVIN E SWEET, IN THE ABOVE CAPTIONED MATTER AND AVERS AS FOLLOWS:

1) THAT THIS COURT PREVIOUSLY GRANTED ON FEBRUARY 22, 2006 A MOTION BY THE APPELLANT TO EXTEND TIME TO RESPOND TO AN ORDER OF THIS COURT FOR DEADLINES ON FILING A STATEMENT OF ISSUES, DUE TO THE FACT THE APPELLANT WAS NOT NOTICED OF THE DEADLINE TO FILE STATEMENT OF ISSUES UNTIL THE TIME FOR FILING HAD PASSED, THANKS TO MR LAWSON NOT NOTICING THE APPELLANT UNTIL THE 10 DAYS HAD PASSED.
2) THE COURT GRANTED THAT MOTION.
3) THE APPELLANT UPON REVIEW HAD FOUND HE HAD FILED HIS STATEMENT OF ISSUES AND HIS DESIGNATION OF CONTENTS BACK IN THE BANKRUPTCY COURT LAST YEAR, PERSUANT TO RULE 8006.
4) THE APPELLANT DID GIVE THE COURT ANOTHER STATEMENT.
5) THE APPELLANT RECEIVED AN ORDER, STATING THE APPELLANT MUST FILE HIS BRIEF IN 20 DAYS AND MR BOYAJIAN IS ALLOWED TO FILE HIS IN 30 DAYS.
6) THEREFORE ALLOWING THE APPELEE MR BOYAJIAN 30 DAYS TO FILE A BREIF AND THE APPELLANT, MR SWEET ONLY 20 DAYS .
7) IN ACTUALITY GIVING MR BOYAJIAN AN EXTRA 10 DAYS FOR FILING AND GIVING MR BOYAJIAN OPPORTUNITY TO REVIEW THE APPELLANT BREIF WHICH THE APPELLANT BELIEVES TO BE AT MINIMUM UNFAIR.
8) THE APPELLANT IS WAITING FOR A TRANSCRIPT THAT WAS ORDERED THROUGH THE BANKRUPTCY COURT WHICH HE SHOULD HAVE SHORTLY.

THEREFORE, THE APPELLANT, KEVIN E SWEET, RESPECTIVLY REQUESTS THAT HE BE GRANTED AN ADDITIONAL 10 DAYS, WHILE HE HAS NOT RECEIVED THE TRANSCRIPT FOR HIS CASE AS OF YET HE HAS BEEN NOTICED ITS READY. FURTHER, IN SUPPORT OF THIS REQUEST THE APPELLANT PRAYS THAT BOTH THE APPELLANT AND APPELLEE BE GRANTED EQUEAL TIME AND DEADLINES IN THIS MATTER

THE APPELLANT RESPECTFULLY REQUESTS AN EXTENSION OF TIME AND ORDER TO REFLECT APRIL 1, 2006 FOR BOTH THE APPELLANT ANT APPELLE TO FILE THEIR BRIEFS.

Granted. Mary M. Lisi USDJ 3/17/06

MARCH 17, 2006

RESPECTFULLY SUBMITTED,

KEVIN E SWEET SR.
APPELLANT
401-941-1518

*CERTIFICATION*

I KEVIN E SWEET, CERTIFY I PLACED IN REGULAR US MAIL A COPY OF THE WITHIN MOTION TO JOHN BOYAJIAN 182 WATERMAN AVE PROVIDENCE RI 02906