UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAR 23 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE: KEVIN E. SWEET, SR. CA 05-365ML

AMENDED ORDER

On March 17, 2006, this Court granted Appellant's Motion to Extend Time to file his brief. Appellant's brief shall be filed on or before April 3, 2006. Appellee's brief shall be filed on or before April 17, 2006.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
March 23, 2006