Case 1:05-cv-(…)19-ML Document 30 Filed 03/(…)2006 Page 1 of 2

No Response

FILED
FEB 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVINE SWEET SR
DIANE D SWEET

CA 05-119ML

**OBJECTION AND MOTION TO VACATE ORDER DISMISSING APPEAL**

NOW COMES THE APPELLANTS KEVIN E SWEET SR AND DIANE D SWEET IN THE ABOVE CAPTIONED MATTER AND OBJECT TO THE DEBTORS COUNCIL, MR LAWSONS <u>RESPONSE TO THE CH 13 TRUSTEES SUMMARY OF CASES AND CONCLUSION</u> AND MOVES THIS COURT TO STRIKE THAT RESPONSE BY MR LAWSON AND VACATE THIS COURTS ORDER DISMISSING THE ABOVE APPEAL.

AS GROUNDS THEREFORE:

1) THE DEBTORS COUNCIL DID NOT AND HAS NOT CONFERRED WITH DIANE D SWEET REGUARDING THIS APPEAL.
2) IN FACT MR LAWSON REPRESENTED TO YOUR HONOR THAT HE SPOKE WITH MRS SWEET ON NOVEMBER 21,2005 REGUARDING THIS APPEAL, THAT REPRESENTATION WAS A LIE. .
3) IN FACT, MR LAWSON ONLY SPOKE TO MY WIFE TWICE , ONCE WHEN HE WANTED HER TO SIGN THE 04-12083 BANKRUPTCY PETITION , AND SECONDLY AT THE 341 MEETING.
4) FACT IS MR LAWSON HAS NEVER CALLED MY WIFE OR SPOKEN TO HER REGUARDING THIS APPEAL, AS HE WAS DIRECTED BY THIS COURT.
5) MR LAWSON , UNBEKNOWNST TO THE SWEETS, BEHIND THEIR BACK AND IN COLLUSION WITH THE TRUSTEE MR BOYAJIAN , SIGNED ON BEHALF OF DIANE D SWEET A DISMISSAL STIPULATION AGREEING TO DISMISS THE APPEAL ACTION ON NOVEMBER 28, 2005 ON DIANES BEHALF.
6) MR LAWSON, EVEN CONTACTED YOUR HONORS CLERK AND LEFT MESSAGE THAT HE WOULD BE FILING THE SAME.
7) MR LAWSON, AS COUNCIL DID NEGLIGENTLY AND WILFULLY REPRESENT THE FACTS INACCURATLY IN HIS RESPONSE TO THE CH 13 TRUSTEES SUMMARY OF CASES AND CONCLUSION.
8) MR LAWSON DID NOT EVEN GIVE THE DEBTORS COPIES OF HIS RESPONSE TO THE TRUSTEES SUMMARY OF CASES AND CONCLUSION UNTILL HE MAILED THEM ON FERUARY 9,2005.

The Motion to Vacate is denied. Mary M. Lisi USDJ 3/16/06

EXHIBIT
ALL-STATE LEGAL®
B

9) IRONICLY MR LAWSON ALSO SENT THE ORDER DISMISSING THE APPEAL DATED JANUARY 30, 2006 TOGETHER WITH THAT MAILING FEBRUARY 9, 1006 10 DAYS AFTER THE FACT.EVEN THOUGH IT WAS FAXED TO HIM JANUARY 30, 2006 BY THE COURT.
10) MR LAWSON OBVIOUSLY DID NOT ADEQUATLY REPRESENT THE INTERESTS OF HIS CLIENTS KEVIN E SWEET AND DIANE D SWEET.TO THE CONTRARY DUE TO HIS MISREPRESENTATIONS OF FACTS HIS WILFULL BREACH OF FIDUCIARY DUTIES , HIS LIE TO THE COURT AND YOUR HONOR , NOT WITHSTANDING HIS VIOLATIONS OF ETHICS AND OBVIOUS COLLUSION WITH THE TRUSTEE TO DEFEAT THE DEBTORS APPEAL AND OTHER VIOLATIONS TO NUMEROUS TO CITE HERE.
11) THE SWEETS BANKRUPTCY RIGHTS AND CIVAL RIGHTS HAVE AGAIN BEEN VIOLATED.

WHEREFORE, THE DEBTORS KEVIN E SWEET SR AND DIANE D SWEET REQUEST THIS HONORABLE COURT TO STRIKE MR LAWTONS RESPONSE TO THE CH 13 TRUSTEES SUMMARY OF CASES AND CONCLUSION, AND VACATE ITS ORDER DISMISSING THIS APPEAL DATED JANUARY 31, 2006

FEBRUARY 14, 2006

RESPECTFULLY SUBMITTED,

KEVIN E SWEET SR
APPELLANT

Diane Sweet
DIANE D SWEET
APPELLANT

PO BOX 455 HARMONY RI 02829.

*CERTIFICATION*

I, KEVIN E SWEET, CERTIFY, I PLACED IN REGULAR US MAIL POSTAGE PREPAID A COPY OF THE WITHIN OBJECTION AND MOTION TO VACATE ORDER DISMISSING APPEAL, TO JOHN BOYAJIAN TRUSTEE 182 WATERMAN AVE PROVIDENCE RI 02906 AND EDWARD LAWSON ESQ 260 LONSDALE AVE PAWTUCKET RI 02960