FILED AUG 22 '05 13:59 USBCRI

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET SR
DIANE D SWEET

CH 13 NO 04-12083

**NOTICE OF APPEAL**

NOW COMES THE DEBTOR IN THE ABOVE ENTITLED CASE AND APPEALS THIS COURTS DECISION/JUDGMENT DENYING THE DEBTORS REQUEST FOR FILING.

ENTERED ON DOCKET 7/22/05
DOCUMENT NUMBER 111

AUGUST 22,2005

RESPECTFULLY SUBMITTED,

KEVIN E SWEET SR

***CERTIFICATION***

I, KEVIN E SWEET CERTIFY I PLACED IN REGULAR US MAIL POSTAGE PREPAID, ACOPY OF THE WITHIN APPEAL TO JOHN BOYAJIAN 182 WAYLAND AVE PROVIDENCE RI 02906 AND THE US TRUSTEE 10 DORRANCE ST PROVIDENCE ST PROVIDENCE RI 02903

ALL-STATE LEGAL®
EXHIBIT
E