UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET SR 05-365 ML

**APPELLANTS MOTION TO REMOVE THE NAME OF DIANE D SWEET FROM THIS APPEAL.**

NOW COMES THE APPELLANT, KEVIN E SWEETAND AVERS AS FOLLOWS:

1) THAT ON JUNE 29,2005 THE APPELLANT KEVIN E SWEET INDIVIDUALLY FILED IN THE BANKRUPTCY COURT A REQUEST FOR FILING AS REQUIRED BY THAT COURT. EXHIBIT A
2) THAT THE APPELLANTS WIFE IS NOT INVOLVED IN THIS MATTER, SEE ATTACHED AFFIDAVIT OF DIANE D SWEET. EXHIBIT B
3) THAT THE COUNTER PERSON WROTE IN CASE # 04-12083.
4) THAT THE COURT DID NOT ISSUE A SEPARATE CASE NUMBER IN THIS FILING AND THE NEW REQUEST WAS FILED UNDER THE PREVIOUS BANKRUPTCY FILING 04-12083.
5) THAT THE APPELLANT WAS NOT ADEQUATELY NOTICED OF A SO-CALLED EXPEDITED HEARING IN THIS FILING AND WAS IN FACT OUT OF THE COUNTRY ON THE DATE OF HEARING AND A DEFAULT WAS ENTEREDAND FILING WAS DENIED.
6) THAT THE BANKRUPTCY COURT PUT MY WIFES NAME ON THAT ORDER DENYING THE REQUEST FOR FILING. EXHIBIT C.
7) THAT ONLY THEN THE APPELLANT KEVIN E SWET FILED THE APPEAL UNDER THE NAMES JOINTLY TO RESPOND TO THAT ORDER.
8) THAT ALL FILINGS AND RESPONCES ARE AND HAVE BEEN FILED BY BY KEVIN E SWEET ALONE
9) THAT THE COURT ERRRED IN PUTTING THIS FILING UNDER A PREVIOUS CASE NUMBER AND NOT GIVING THIS INDIVIDUAL REQUEST FOR FILING BY KEVIN E SWEET ITS OWN CASE NUMBER.

FOR THESE REASONS THE APPELLANT KEVIN E SWEET, REQUESTS THAT THIS COURT REMOVE THE NAME OF DIANE D SWEET FROM THIS ACTION, AND WOULD FURTHER REQUEST THAT THIS COURT ISSUE ITS OWN CASE FILING NUMBER.

MARCH 22, 2006

RESPECTFULLY SUBMITTED,

KEVIN E SWEET

***CERTIFICATION***

I KEVIN E SWEET HEREBY CERTIFY I PLACED IN REGULAR US MAIL A COPY OF THE WITHIN TO JOHN BOYAJIAN 182 WATERMAN AVE PROVIDENCE RI 02906