UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICY OF RHODE ISLAND

04-10083

KEVIN E SWEET
DEBTOR

FILED JUN 29 '05 09:22 USBCRI

REQUEST FOR FILING

NOW COMES THE DEBTOR AND FILES THIS REQUEST.

IN THE PREVIOUS PETITION THE DEBTOR WAS REPRESENTED BY TED LAWSON, ALL REQUESTS BY THIS COURT WAS ADHERED TOEXCEPT THE SETTLING OF ANOTHER FALSE CLAIM BY THE IRS. THERE WAS NO OB JECTION FILED BY ATTY LAWSON AND HE REPRESENTED TO THIS COURTTHAT IT WOULD BE LESS TIME TO TRY TO RESOLVE THE MATTER WITH JUST THE IRS REP.

THE COURT WANTED THAT ISSSUE WITH THE IRS CLAIM SETTLED EVEN THOUGHT THE DEBTOR HAD BEEN SUCCESSFUL IN ALL PREVIOUS CLAIMS OF THE IRS IN THE HUNDREDS OF THOUSANDS OF DOLLARS THAT WERE FALSE AND UNJUSTIFIED AND IN FACT RECEIVED REFUNDS FOR THOSE YEARS OF APROXIMATELY $7000--.

AGAIN HISTORY REPEATS ITSELF, TWO WEEKS AFTER THE JUDGE DISMISSED THE PETITION BECAUSE OF THE IRS, THE IRS SENT HIM **AREFUND FOR$1320.533**.(COPY ATTACHED) FOR THE YEAR 2000. THAT LEAVING JUST 2003 2004 TO BE RESOLVED,

THE DEBTOR HAD CERTAIN RIGHTS AND A PROCESS TO DISPUTE THE ALLEDGED CLAIMS BY THE IRS, THIS COURT DID NOT ALLOW THAT TIME TO THE DEBTOR.

THE TWO YEARS UNSETTLED ARE 2002 2003AND NOW THAT THE IRS HAS SENT ITS NOTICE OF DEFICIENCY THE DEBTOR HAS FILED A PETITION IN US TAX COURT, COPY ATTACHED.

THE DEBTOR DENIED THE CLAIMS OF THE IRS IN THE PAST , ALL OF THOSE CLAIMS WERE UNSUCCESFUL IN BEARING FRUIT.NOW THE DEBTOR RECEIVED HIS REFUND FOR YEAR 2000.

NOT WITHSTANDING THE IRS CLAIM THE DEBTOR MORE THAN LIKLEY WOULD HAVE BEEN CONFIRMED AND HE WOULD HAVE HAD THE BANKRUPTCY COURT PROTECTION.

THEREFORE THE DEBTOR FILES THIS REQUEST FOR FILING.

JUNE 29, 2005

RESPECTFULLY,

KEVIN E SWEET

COPY TO JOHN BOYAJIAN WATERMEN AVE PROV AND THE US TRUSTEE 10 DORRANCE ST PROVIDENCE RI.