**AFFIDAVITT**

I, DIANE D SWEET, SWEAR UNDER THE PENALTIES OF PERJURY, THAT I WAS NOT AND AM NOT A PARTY TO THE REQUEST FOR FILING DATED JUNE 29, 2005 WITH KEVIN E SWEET.

THAT I DO NOT HAVE NOW, NOR HAVE EVER HAD ANY JOINT CASE FILINGS WITH KEVIN E SWEET, ANYWHERE, WITH EXCEPTION TO CASE #04-12083. THAT MATTER WAS FILED BY KEVIN E SWEET SOMETIME ABOUT JUNE 15, 2004 , BUT FOR UNKNOWN REASONS MR LAWSON, AN ATTORNEY RETAINED BY KEVIN E SWEET TO REPRESENT HIM IN THAT MATTER PUT ME IN THAT CASE .

I HAD ONLY MET OR SPOKE TO MR LAWSON TWICE EVER. ONCE AT HIS OFFICE IN JUNE 04 WHEN I SIGNED THE PETITION AS REQUESTED AND THE SECOND TIME AT A HEARING AT 10 DORRANCE ST PROVIDENCE RI .I DON'T KNOW HOW OR WHY MY NAME IS AGAIN ATTACHED TO THIS MATTER AND REQUEST MY NAME BE REMOVED.

MARCH 24, 2006

SIGNED THIS 24TH DAY OF MARCH, 2006,

Diane D. Sweet

DIANDE D SWEET

Raymond L. Pelleault

NOTARY PUBLIC

MY COMMISSION EXPIRES 11-17-09