Ex C

***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | |
|---|---|
| In Re: **Kevin Sweet and Diane D. Sweet(Needs Court Permission to File)**<br><br>Debtor(s) | BK No. **1:04-bk-12083**<br><br>Chapter **13** |

***<u>Order Denying Motion/Application (doc# 102 ) After Hearing</u>***

***Re: Debtors' Request for Court Permission to File***

Upon consideration of the Motion/Application and any objection or response thereto, and after hearing, IT IS ORDERED that for the reasons stated by the Court in its bench decision which are incorporated herein by reference, the Motion/Application (doc# 102 ) is **DENIED** .

Judgment #: 1:04-bk-12083 – 111 – 102

***ORDER:***

By: **HAD**
Deputy Clerk

***ENTER:***

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: **7/22/05**

Entered on Docket: **7/22/05**
Document Number: **111 – 102**

odmash.jsp #120