FILED
MAR 31 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET 05-365ML

**DEBTORS REQUEST FOR TIME TO FILE BRIEF DUE APRIL I, 2006**

NOW COMES THE APPELLANT, KEVIN E SWEET, IN THE ABOVE CAPTIONED MATTER AND REQUESTS ADDITIONAL 2 DAYS TIME TO FILE HIS BRIEF TILL MONDAY APRIL 3, 2006. APRIL 1 2006 IS SATURDAY AND THE COURT IS CLOSED.

FURTHER THE TRUSTEE, MR BOYAJIAN HAS JUST FILED A MOTION TO DISMISS THE APPEAL ON MARCH 24, 2006 AND THE APPELLANT WOULD APPRECIATE TIME TO RESPOND TO BOTH MATTERS IN DETAIL.

THEREFORE, THE APPELLANT WOULD REQUEST AN ADDITIONAL 2 DAYS, TILL MONDAY TO FILE THAT BRIEF.

MARCH 31, 2006

RESPECTFULLY SUBMITTED,

KEVIN E SWEET

*CERTIFICATION*

I, KEVIN E SWEET CERTIFY IHAND CARIED TO MR JOHN BOYAJIANS OFFICE A COPY OF THE WITHIN THIS SAME DAY

Granted. Mary M. Lisi USDJ 4/4/06