United States Treasury 15-51/000 K 398,135,695

Check No.

[redacted] 79 AUSTIN, TEXAS 2306 64289788

64289788 I30 012004905SWEE MEMPHI[redacted] REFUND

Pay to the order of KEVIN F SWEET
179 SANDY BROOK RD
HARMONY RI 02829-0455

[redacted] 88

$***1320*53

VOID AFTER ONE YEAR

007

64289788

007539

[redacted]

⑈23067⑈ ⑆000000518⑆ 64289788 2⑈ 040205

Ex C