UNITED STATES TAX COURT
www.ustaxcourt.gov

(FIRST) (MIDDLE) (LAST)

Kevin E. Sweet
(PLEASE TYPE OR PRINT) Petitioner(s)

v.

COMMISSIONER OF INTERNAL REVENUE
Respondent

Docket No.

## PETITION

1. Petitioner(s) hereby file(s) a (PLACE AN "X" IN THE APPROPRIATE BOX):

[x] Petition for Redetermination of a Deficiency

[ ] Petition for Determination of Relief from Joint and Several Liability on a Joint Return

[ ] Petition for Lien or Levy Action (Collection Action)

[ ] Petition for Redetermination of Employment Status (Worker Classification)

2. Petitioner(s) disagree(s) with the determination contained in the notice issued by the Internal Revenue Service for the year(s) or period(s) December 31, 2000, 2001, 2002,2003, as set forth in such notice dated April 14, 2005, A COPY OF WHICH IS ATTACHED. DO NOT ATTACH ANY OTHER DOCUMENTS TO THIS PETITION.

3. Petitioner(s)' taxpayer identification (e.g., Social Security) number(s) is (are) 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

4. Set forth the relief requested and the reasons why you believe you are entitled to such relief.
The Commissioner erred in the determination of self-employment income and rental income for the tax years ended December 31, 2000, 2001, 2002, and 2003.

Petitioner(s) request(s) that this case be conducted under the "small tax case" procedures. The amount in dispute or any overpayment claimed is $50,000 or less. A decision in a "small tax case" is final and cannot be appealed to a Court of Appeals by the Internal Revenue Service or the Petitioner(s). If you do NOT want this case conducted as a "small tax case", place an "X" in the following box. [x]

[signature] 6-20-05
SIGNATURE OF PETITIONER DATE

179 Sandy Brook Road
(PRINT) MAILING ADDRESS

Harmony, RI 02829 (401) 934-2929
CITY STATE ZIP CODE AREA CODE TELEPHONE NO.

SIGNATURE OF PETITIONER (e.g.,SPOUSE) DATE
(IF NAMED IN THE FINAL NOTICE)

(PRINT) MAILING ADDRESS

( )
CITY STATE ZIP CODE AREA CODE TELEPHONE NO.

SIGNATURE, NAME, ADDRESS, TELEPHONE NO., AND TAX COURT BAR NUMBER OF COUNSEL, IF RETAINED BY PETITIONER(S)

T.C. FORM 2 (REV 5/03)

Ex D