***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)528-4477***

---

**Kevin Sweet** and **Diane D. Sweet(Needs Court Permission to File)**

Debtor(s)

BK No. **1:04-bk-12083**

Chapter **13**

Judge: **Arthur N. Votolato**

---

# JUDGMENT

Pursuant to the order entered this date, judgment is hereby entered regarding;

**Order Denying (related document(s)[102] Request for Filing).**

***111*** – Order Denying (related document(s)[102] Request for Filing). (DAgostino, Holly)

Judgment #: 1:04–bk–12083 – 140 – 111

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **10/28/05**
Document Number: ***140 - 111***

By: **HAD**
Deputy Clerk

judgement.jsp #404

Ex F