UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET 05-365 ML

**APPELLANTS AMENDED DESIGNATION OF CONTENTS FOR INCLUSION IN THE RECORD AND STATEMENT OF ISSUES ON APPEAL**

1) DEBTORS REQUEST FOR FILING DATED AND FILED JUNE 15, 2004.

2) DEBTORS REQUEST FOR FILING DATED AND FILED 9:22 AM JUNE 29, 2005.

3) MOTION OF (MERS) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS FOR AN EXPEDITED DETERMINATION ON THE PLEADINGS, OR, ALTERNATIVELY, FOR AN EXPEDITED HEARING ON THE DEBTORS REQUEST FOR FILING, FILED BY MERS JULY 12, 2005, STATING OBJECTIONS TO MOTION DUE JULY 25, 2005.

4) OBJECTION FILED BY MERS TO THE DEBTORS REQUEST FOR FILING.

5) DEBTORS REQUEST FOR TIME TO RESPOND TO THE MERS MOTION FOR AN EXPEDITED HEARING OR PLEADING AND OBJECTION TO DEBTORS REQUEST FOR FILING, (STAMPED RECEIVED JULY 20, 2005 BY THE BK COURT).

6) DEBTORS RESPONSE AND OBJECTION TO THE MERS MOTION FOR AN EXPEDITED DETERMINATION ON THE PLEADINGS, OR ALTERNATIVELY, FOR AN EXPEDITED HEARING.

7) AAA TRAVEL ITINARY DATED JULY 11, 2005 DEPICTING KEVIN SWEET DEPARTURE FROM BOSTON JULY 16, 2005 @ 6 AM AND RETURN TO BOSTON JULY 23, 2005 PM.

8) BANKRUPTCY COURT ORDER GRANTING MERS MOTION FOR AN EXPEDITED HEARING ENTERED JULY 14, 2005, EVEN THOUGH THE MOTION SPECIFICALLY STSTES "OBJECTIONS DUE BY JULY 25, 05. THE CERTIFICATION OF MAILING OF THE NOTICE OF HEARING IS DATED JULY 16, 2005.(WHEN THE DEBTOR WAS NOT IN THE COUNTRY.

9) BANKRUPTCY NOTICE OF HEARING, DATED JULY 14, 2005, AND CERTIFICATION OF MAILING DATE JULY 16, 2005 FOR A HEARING SLATED FOR JULY 21, 2005 RE THE DEBTORS REQUEST FOR FILING BY DEBTOR KEVIN E SWEET AND OBJECTION FILED BY MERS.

10) DOCKET EXERP, AT JULY 21, 2005 HEARING, TRUSTEE INFORMING COURT OF DEBTORS NOTICE HE WAS OUT OF COUNTRY TILL JULY 23, 2005.

11) TRANSCRIPT OF THE JULY 21, 2005 BANKRUPTCY COURT HEARING RE KEVIN E SWEET REQUEST FOR FILING AND OBJECTION OF MERS.(UNATTENDED BY SWEET, WHILE OUT OF COUNTRY). WHERE JUDGE DEFAULTED THE DEBTOR (NO SHOW) IN HIS REQUEST FOR FILING HEARING.

12) BANKRUPTCY COURT ORDER DATED JULY 22, 2005 DENYING, AFTER THE HEARING WHEN THE DEBTOR WAS OUT OF THE COUNTRY, THE DEBTORS REQUEST FOR FILING. (NOT STATING DEFAULT ORDER).

13) DEBTORS MOTION FOR NEW HEARING ON THE DEBTORS REQUEST FOR FILING FILED JULY 29, 2005 AT 9:33 AM.

14) DEBTORS MOTION FOR STAY PENDING HEARING , (ON THE DEBTORS REQUEST FOR FILING). FILED JULY 29, 2005 AT 9:33 AM.

15) AMENDED DOCKET TEXT, DATED AUGUST 3, 2005, NOW SHOWING AN ENVELOPE STAMPED BY POSTAL SERVICE JULY 21, 2005, SUPPOSABLY LINKED TO THE DEBTORS REQUEST FOR TIME TO RESPOND TO MOTION OF MERS FOR AN EXPEDITED HEARING AND OR PLEADING.THAT MOTION IRONICLY WAS STAMPED AND RECEIVED BY THAT COURT THE DAY BEFORE.

16) DEBTORS RESPONSE TO THE MERS OBJECTION TO THE DEBTORS REQUEST FOR FILING.

17) RESPONSE OF TRUSTEE, JOHN BOYAJIAN, TO THE DEBTORS MOTION FOR A NEW HEARING ON THE DEBTORS REQUEST FOR FILING AND THE DEBTORS MOTION FOR STAY PENDING THAT HEARING.

18) RESPONSE OF THE US TRUSTEE TO THE DEBTORS MOTION FOR A NEW HEARING ON THE DEBTORS REQUEST FOR FILING AND THE DEBTORS MOTION FOR STAY PENDING THAT HEARING.

19) RESPONSE OF *SUSAN W. CODY* ON BEHALF OF MERS (WASHINGTON MUTUAL BANK) WRITTEN POSITION OF THE DEBTORS MOTION FOR NEW HEARING ON THE DEBTORS REQUEST FOR FILING AND DEBTORS MOTION FOR STAY PENDING THAT HEARING.

20) BANKRUPTCY COURT ORDER IN RESPONSE TO THE DEBTORS MOTION FOR A NEW HEARING ON THE DEBTORS REQUEST FOR FILING AND THE DEBTORS MOTION FOR STAY PENDING HEARING.

21) NOTICE OF APPEAL FILED AUGUST 22, 2005

22) COURT NOTICE OF APPEAL

23) BANKRUPTCY COURT *ENTRY OF JUDGEMENT* DATED NOVEMBER 28, 2005, DENYING (RELATED DOCUMENTS ABOVE REQUEST FOR FILING) BY KEVIN E SWEET.

**STATEMENT OF ISSUES ON APPEAL**

THE ISSUES IN THS APPEAL STEM FROM THE ORDER DENYING THE DEBTOR HIS MOTION FOR NEW HEARING AND STAY PENDING THAT HEARING ON THE DEBTORS REQUEST FOR FILING, AND VIOLATION OF THOSE CERTAIN RIGHTS AND PROTECTION DUE THIS DEBTOR UNDER THE BANRUPTCY CODE;

DEBTORS RIGHT TO HEARING ON HIS REQUEST FOR FILING

DEBTORS RIGHT TO TIME TO ADEQUATELY RESPOND TO MOTIONS OF CREDITOR MERS.

DEBTORS RIGHTS TO BE HEARD ON THE MERS MOTION FOR EXPEDITED HEARING

DEBTORS RIGHT TO BE SERVED TIMELY NOTICE OF THAT HEARING

THE VIOLATIONS OF THE DEBTORS RIGHTS TO PROTECTION UNDER RULE 362 BY THE COURT

DEBTORS RIGHT TO PROTECTION OF ASSETS PENDING HEARING ON REQUEST FOR FILING

DEBTORS RIGHT TO HEARING ON HIS MOTION FOR NEW HEARING

DEBTORS RIGHT TO HEARING ON HIS MOTION FOR STAY PROTECTING HIS ASSETS PENDING NEW HEARING

.............................................................................................................

VIOLATIONS OF; RULE 9013-2

BARRING THE DEBTOR AT AN "EXPARTE" HEARING ON HIS REQUEST FOR FILING, WHEN THE COURT WAS NOTICED HE WAS OUT OF THE COUNTRY

NO HEARINGS ON MOTIONS FOR NEW HEARING

NO HEARING ON DEBTORS MOTION FOR STAY PENDING HEARING

DEBTOR WAS NOT AFFORDED HIS RIGHT TO A HEARING TO THE RESPONCES OF PARTIES IN THE CASE FOR HIS MOTIONS FOR NEW HEARING AND STAY

NO HEARING ON DEBTORS MOTION FOR STAY PENDING HEARING

DEBTOR WAS NOT AFFORDED HIS RIGHT TO A HEARING TO THE RESPONCES OF PARTIES IN THE CASE FOR HIS MOTIONS FOR NEW HEARING AND STAY

THE DEBTOR WAS DEFAULTED ON HIS REQUEST FOR FILING WITH INADEQUATE NOTICE OF THE COURT WHILE OUT OF THE COUNTRY.

THE COURT IN ESSENCE GRANTED THE CREDITOR MERS EXPARTE RELIEF EVEN THOUGH THEY WERE NOTICED AND THE TRUSTEE INFORMED THE JUDGE THE DEBTOR WAS NOT IN THE COUNTRY.

WILFUL DENIAL OF PROTECTION UNDER 362 PENDING HEARING OF REQUEST FOR FILING.

THE BANKRUPTCY COURT JUDGE DID NOT HAVE THE AUTHORITY TO DENY THE DEBTOR HIS RIGHT TO A HEARING ON HIS REQUEST FOR FILING , IN FACT PERTAINIG TO HIS REQUEST FOR FILING, RULE 9013-2 IS SPECIFIC "ACTION WITHOUT HEARING [NOT INCLUDING BANKRUPTCY PETITION]"

MARCH 27, 2006

RESPECTFULLY SUBMITTED,

KEVIN E SWEET SR

*CERTIFICATION*

I, KEVIN E SWEET, CERTIFY I HAND CARRIED TO THE OFFICE OF JOHN BOYAJIAN A COPY OF THE WITHIN TO 182 WATERMAN AVE PROVIDENCE RI AND HAND CARRIED TO THE TRUSTEE AT 10 DORRANCE ST PROVIDENCE RI

This 6th Day of April, 06