UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE; KEVIN E SWEET 05-365ML

NOTICE TO THE COURT

NOW COMES THE APELLANT, KEVIN E SWEET, AND NOTICES THIS COURT THAT HE WILL BE OUT OF THE STATE UNTIL ON OR ABOUT APRIL 28, 2006.

THAT THE ABOVE NAMED, KEVIN E SWEET HAS PENDING SEVERAL MOTIONS WITH THIS COURT AND SHOULD THE COURT NEED TO SCHEDUAL A HEARING , THE APPELLANT WANTS TO MAKE SURE HE IS AVAILABLE TO BE HEARD.

APRIL 17, 2006

RESPECTFULLY,

KEVIN E SWEET
401-941-1518

CERTIFICATION

I HEREBY CERTIFY I PLACED IN REGULAR US MAIL A COPY OF THE WITHIN NOTICE TO JOHN BOYAJIAN 182 WATERMAN AVE PROVIDENCE RI 02906 AND THE US TRUSTEE 10 DORRANCE ST PROVIDENCE RI 02903