FILED
MAY 03 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA NO 05-365ML

IN RE: KEVIN E SWEET

**APPELLANTS REQUEST FOR A 3 DAY EXTENSION OF TIME TO FILE HIS BRIEF**

THERE WAS A NOTICE FILED BY THE APPELLANT ON APRIL 18, 2006 "NOTICE TO THE COURT" , THE APPELLANT WOULD BE OUT OF STATE UNTIL APRIL 28, 2006.

ON APRIL 19, 2006 THIS COURT HANDED DOWN A DECISION AND ORDER DENYING THE TRUSTEE MR BOYAJIANS MOTION TO DISMISS, WITHIN THAT ORDER THE JUDGE STATED THE APPELLANTS BRIEF WOULD BE DUE ON MAY 2, 2006....

THE APPELLANT RETURNED ON THE 28TH OF APRIL, AND NOTICE WAS PICKED UP AT HIS PO BOX, NOT IN TIME TO FILE THAT BRIEF.

THEREFORE, THE APPELLANT WOULD RESPECTFULLY REQUEST 3 DAYS, EXTENSION OF TIME TO COMPLTE AND FILE THAT NECESSARY BRIEF ON MAY 5, 2006.

THE APPELLANT WILL ALSO HAND CARRY A COPY OF THAT BRIEF TO MR BOYAJIANS OFFICE, IN AN EFFORT AS NOT TO DELAY FURTHER TIME IN THIS MATTER.

MAY 3, 2006

RESPECTFULLY SUBMITTED,

KEVIN E SWEET

CERTIFICATION

I KEVIN E SWEET CERTIFY I PLACED IN REGULAR US MAIL A COPY OF THE WITHIN REQUEST TO BOYAJIAN 182 WATERMAN AVE PROV AND US TRUSTEE 10 DORRANCE ST PROV.

Granted: Mary M. Lisi USDJ 5/5/06