ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET 05-365ML

2ND REQUEST FOR EXTENSION OF TIME TO FILE BRIEF

NOW COMES THE APPELLANT, KEVIN E SWEET AND AVERS AS FOLLOWS:

THE APPELLANT NOTICED THIS COURT HE WOULD BE OUT OF TOWN TILL APRIL 28, 2006.

THE APPELLANTS NOTICE WAS MAILED APRIL 17, 2006, THE COURTS ORDER WAS NOT SIGNED UNTIL 2 DAYS LATER MAY 19, 2006.

TWO DAYS AFTER NOTICE APPELLANT WAS NOT BE HERE, AN ORDER WAS MAILED TO THE APPELLANT DENYING BOYAJIANS MOTION TO DISMISS THE APPEAL, WITHIN THAT ORDER, WAS NOTICE THAT THE APPELLANTS BRIEF WOULD BE DUE MAY 2, 2006

THE APPELLANT DID NOT RECEIVE THAT NOTICE UNTILL HE RETURNED.

THE BRIEF IN THIS MATTER AS ANY IS CRUCIAL IN PREPARATION OF THE FOUNDATION OF THE OF THE PRESENTATION OF THIS APPEAL AND ALL FACTS NEED TO BE ACCURATELY REPRESENTED.

THE APPELLANT HAD REQUESTED A 3 DAY EXTENSION BUT WAS UNABLE TO RETAIN CERTAIN DOCUMENTS NECESSARY TO COMPLETE THAT BRIEF.

THE APPELLANT NEEDS ALL OF THE REQUIRED ALLOWANCE OF 15 DAYS TO COMPLETE THE BRIEF SO HIS ATTORNEY WILL HAV E ALL PERTINANT FACTS FOR WHICH HIS ATTORNEY WILL BE PREPARED FOR HEARING ON THIS APPEAL.

THE APPELLANT NOTICED THE COURT HE WOULD RETURN ON APRIL 28, 2006, WHICH WOULD ALLOW THE APPELLANT TILL MAY 13, 2006 TO FILE THE BRIEF.

THEREFORE, THE APPELLANT WOULD RESPECTFULLY ASK THAT THIS COURTALLOW HIM TILL MAY 12, 2006

AGAIN THE APPELLANT WILL HAND CARY THAT BRIEF TO MR BOYAJIAN TO EXPEDITE TIME FOR HIS RESPONSE BRIEF.

MAY 5, 2006

RESPECTFULLY SUBMITTED,

KEVIN E SWEET

CERTIFICATION

I CERTIFY I PLACED IN REG US MAIL TO JOHN BOYAJIAN 182 WATERMAN AVE AND US TRUSTEE 10 DORANCE ST PROV RI