UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE KEVIN E SWEET 05-365 ML

DEBTORS ATTACHMENTS AND EXHIBIT A, FOR THE DEBTORS BRIEF

REGUARDING APPEAL OF " THE DEBTORS REQUEST FOR FILING".

54
New London Ave

Commercial
Property





(2 UNITS)

128 Benoit St
(2 unit Bldg)





⇓ side view 62-64 Fiume St Property (3 units) Face View ⇑





21 OTTOWA ST

(5 UNITS)





11
ROOSEVELT ST



(7 UNITS)

98-108

Robert St.



(6 UNITS)

