UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: KEVIN SWEET, SR. CA 05-365 ML
Debtor

MOTION TO EXTEND TIME
TO FILE RESPONSE MEMORANDUM

The trustee moves this Court for an extension of time to and including Friday, May 26, 2006 to file his Response Memorandum.

John Boyajian, Trustee
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel:(401) 273-9600
Fax:(401) 273-9605

CERTIFICATION

I hereby certify that a copy of the within Motion for Extension of Time was mailed, postage prepaid, to Kevin E. Sweet, Sr., PO Box 455, Harmony, RI 02829; Ms. Diane Sweet, PO Box 455, Harmony, RI 02829; Edward Lawson, Esq., 260 Lonsdale Ave., Pawtucket, RI 02860 and Office of the US Trustee, 10 Dorrance St., Providence, RI 02903 on May 22, 2006.