UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE. KEVIN E. SWEET

Debtor.

CHAPTER 13
CASE No. 02-14644-ANV

## ORDER GRANTING HOMESIDE LENDING, INC. IN REM RELIEF FROM THE AUTOMATIC STAY AND LEAVE TO FORECLOSE ITS MORTGAGE

This case having come before the undersigned United States Bankruptcy Judge for the District of Rhode Island, upon the request of Mortgage Electronic Registration Systems, Inc. as Nominee for HomeSide Lending, Inc. ("MERS") for in rem relief for the purpose of foreclosing its Mortgage encumbering property of the Debtor known and numbered as 179 Sandy Brook Road, Glocester, Rhode Island (the "Property"); and no objection having been filed, or after a hearing held thereon, as the case may be, and after proper notice having been given;

**WHEREFORE,** the Court grants MERS, its successors and assigns, *in rem* relief from the automatic stay for the purposes of foreclosing the Mortgage encumbering the Property now held by MERS and recorded with the Town of Glocester Land Evidence Records in Book 252, Page 850, by entry and by exercise of the power of sale contained in the Mortgage (including, at its sole option, accepting a deed-in-lieu of foreclosure from the present or future owner(s) of the Property) and for the purpose of prosecuting one or more summary process actions against the Debtor and/or other persons who now occupy or come to occupy the Property, *with such in rem relief to remain in full force and effect and to be unaffected by any subsequent bankruptcy petition that might be filed by the Debtor, his spouse, or any other current or future owner(s) or occupant(s) of the Property or by any combination of the foregoing parties.*

Date: 8/24/03

United States Bankruptcy Judge

**Entered on docket**
**Date:** 8/24/03

FILED IN OPEN COURT
Date: 8/26/[illegible] Time: [illegible]
Sign: [illegible]

ALL-STATE LEGAL®
EXHIBIT
B