RECEIVED JUL 2 0 2005 BY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET

CH 13
CASE NO. 04-12083

FILED JUL 22 '05 11:45 USBCRI

DEBTORS REQUEST FOR TIME TO RESPOND TO MOTION OF MERS FOR AN EXPEDITED HEARING OR PLEADING AND OBJECTION TO DEBTORS REQUEST FOR FILING.

NOW COMES THE DEBTOR AND AVERS AS FOLLOWS:

THIS CREDITOR RIDES ON THE SKIRTALES OF THE COURTS OPINION OF THE DEBTOR AND HIS FILINGS IN AN ATTEMPT TO CONTINUE TO SELL OR FORECLOSE THE DEBTORS INTEREST IN THE PROPERTY.

THE DEBTOR TO DATE DENIES ANY ABUSE TO THIS COURT SYSTEM AND FEELS THE HISTORY OF THE FALSE CLAIMS FILED AGAINST HIM AND HIS RESOLVE IN ALL MATTERS BEFORE THIS COURT AND THE DISPOSITIONS OF ALL THE CLAIMS FILED AGIANST THE DEBTOR BE IT CLAIMS AGAINST THE DEBTOR OR CLAIMS THE DEBTOR HAD AGAINST OTHERS HAVE ALL BEEN IN THE DEBTORS FAVOR, THERE HAS BEEN NOT ONE CLAIM AGAINST THIS DEBTOR THAT EVER BORE FRUIT IN FACT.

IT IS THE DEBTORSBELIEF THAT THE LAST PETITION FILED WAS DISMISSED UNFAIRLY, AND THAT HIS REQUEST FOR FILING IS SPECIFIC IN WHY THE DEBTOR SHOULD BE ABLE TO REFILE, BASED UPON THE DISMISSAL OF THIS COURT NOT ALLOWING THE DEBTOR CERTAIN RIGHTS AND DUE PROCESS TO DISPUTE THE IRS CLAIMS IN LIGHT OF THE HISTORY OF THE FALSE CLAIMS THAT THE DEBTOR WAS NOT ONLY VINDICATED BUT FURTHE RECEIVED REFUNDS IN THE AMOUNTS OVER $7000–., THAT AGAIN AFTER THE IRS SWORE UNDER OATH THE DEBTOR OWED THE SAME THAT APROX TWO WEEKS LATER THE THE DEBTOR RECEIVED A REFUND.

THE FACT ARE AS IS , THE DEBTOR HAS HAD FINANCINING IN BOTH THE 2004 PETITION AND THE PRESENT FILING .

THE CREDITOR MERS HAS AND IS A VIOLATOR OF THE FAIR DEBT COLLECTION PRACTICES ACT AND TO DATE HAS NOT HAD ANY CONSISTANT BILLINGS NOR VERIFIED THE SAME..

ALL-STATE LEGAL® EXHIBIT D

JUL 20 2005

THE CREDITOR HAS SOLD THE PROPERTY ILLEGALY AND THIS DEBTOR SEEKS PROTECTION FROM THIS COURT.

THE DEBTOR HAS JUST RECEIVED THE NOTICE OF THE MERS OBJECTION AND REQUEST FOR EXPEDITED HEARING THIS DAY JULY 15, 2005.

AND THE DEBTOR OBJECTS TO THE EXPEDITED HEARING BASED ON THE CREDITORS CONTINUED ABUSE OF THE FAIR DEBT COLLECTION PRACTICES ACT.

THE DEBTOR WILL BE OUT OF THE COUNTRY UNTILL JULY 23, 2005

THE DEBTOR AT PRESENT IS PROSEY AND REQUESTES THE NORMAL TRACK OF TIME TO RESPOND TO THE CREDITORS ALLEGATIONS.

JULY 15, 2005

KEVIN E SWEET

I CERTIFY IPLACED IN REG US MAIL A COPY OF THE WITH IN TO JOHN BOYAJIAN 182 WATERMAN AVE PROV 02906 AND THE US TRUSTEE 10 DORANCE ST PROVE 02916

Mers, Kreisman & [illegible] 490 Boston [illegible] Rd Sudbury MAS 01776

Sweet
P. O Box 456
Harmony RI
02829

PROVIDENCE RI 02904
PM
21 JUL
2005

US Bank Court
380 Westminster St
Providence RI
02903