# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**IN RE: KEVIN SWEET, SR.**

**CA 05-365ML**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the Trustee, John Boyajian, against the Appellant, Kevin Sweet, Sr., pursuant to the Order dated June 2, 2006 DENYING AND DISMISSING Appellant's appeal.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: June 2, 2006