UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: KEVIN E SWEET C.A. NO. 05-365

**NOTICE OF APPEAL**

NOW COMES THE APPELLANT, KEVIN E SWEET, IN THE ABOVE CAPTIONED MATTER AND APPEALS THE DECISION OF THIS COURT DATED JUNE 2, 2006 DENYING THE DEBTORS "APPEAL FOR REQUEST FOR FILING" WITHOUT A HEARING.

JUNE 30, 2006

RESPECTFULLY SUBMITTED,

KEVIN E SWEET

***CERTIFICATION***

I CERTIFY I PLACED IN REGULAR US MAIL A TRUE COPY OF OF THE WITHIN APPEAL TO JOHN BOYAJIAN 182 WATERMAN AVE PROVIDENCE RI 02906 AND THE US TRUSTEE 10 DORRANCE ST PROVIDENCE RI 02903