MANDATE

05-365
USDC/R.I.
Lisi, M.

# United States Court of Appeals
## For the First Circuit

No. 06-2041

IN RE: KEVIN E. SWEET, SR.,

Debtor,

KEVIN E. SWEET, SR.,

Appellant,

v.

JOHN BOYAJIAN, TRUSTEE,

Appellee.

Before

Torruella, Lynch and Lipez,
Circuit Judges.

**JUDGMENT**
**Entered: February 8, 2007**

Appellant argues that the district court erred in dismissing his appeal from a decision of the bankruptcy court denying his motion for permission to file a successive petition for bankruptcy. It is not clear what relief appellant hoped to obtain by filing another petition, other than the benefit of an automatic stay. Since the filing, if permitted, would not have affected the in rem consent order permitting the foreclosure and sale appellant hoped to delay further, we cannot say that permission to file was improperly denied. Moreover, we can discern no prejudice attributable to any of the alleged procedural missteps or errors that appellant claims occurred in the bankruptcy court and the district court.

The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk
[signature]
Deputy Clerk
Date: 3/16/07

By the Court:
Richard Cushing Donovan, Clerk.

MARGARET CARTER
By: ______________________
Chief Deputy Clerk.

[cc: Kevin E. Sweet, Sr., John Paul Boyajian, Esq.]